**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy                    12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Alfredo** <br> First name <br><br> Middle name <br><br> **Liburd** <br> Last name and Suffix (Sr., Jr., II, III) | First name <br><br> Middle name <br><br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names. |  |  |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-3200 |  |

Debtor 1    **Liburd, Alfredo**                                    Case number *(if known)*

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5. Where you live** | **2929 Butterfly Way**<br>**Chula Vista, CA 91914-4322**<br>Number, Street, City, State & ZIP Code<br><br>**San Diego**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing** *this district* **to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

Debtor 1 **Liburd, Alfredo**                                           Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | | | Relationship to you | |
|---|---|---|---|---|
| District | | When | Case number, if known | |
| Debtor | | | Relationship to you | |
| District | | When | Case number, if known | |

**11.** **Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you?

  ☐    No. Go to line 12.

  ☐    Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1    **Liburd, Alfredo**                                    Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a** *small business debtor?*

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.

What is the hazard? _____

If immediate attention is needed, why is it needed? _____

Where is the property? _____
_____
Number, Street, City, State & Zip Code

---

Debtor 1    **Liburd, Alfredo**

Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Liburd, Alfredo**                                Case number *(if known)*

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C.§ 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☐ Yes. Go to line 17.

16b.  **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c.  State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Alfredo Liburd
_____      _____
**Alfredo Liburd**                    Signature of Debtor 2
Signature of Debtor 1

Executed on   **December  8, 2017**        Executed on  _____
              MM / DD / YYYY                             MM / DD / YYYY

Debtor 1   **Liburd, Alfredo**                                      Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Diane H. Gibson**                              Date      **December  8, 2017**
Signature of Attorney for Debtor                            MM / DD / YYYY

**Diane H. Gibson**
Printed name

**Diane H. Gibson, Attorney at Law**
Firm name

**2755 Jefferson St Ste 203**
**Carlsbad, CA 92008-1714**
Number, Street, City, State & ZIP Code

Contact phone   **(760) 720-0080**            Email address   **dgibsonlaw@gmail.com**

**126358**
Bar number & State

---

**Fill in this information to identify your case:**

Debtor 1          **Alfredo Liburd**
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   _____
First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

Case number   _____
(if known)

☐ Check if this is an amended filing

# Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

**Part 1:    Summarize Your Assets**

| | Your assets<br>Value of what you own |
|---|---|
| 1.  **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B........................................................ | $        941,476.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B........................................... | $        140,287.65 |
| 1c. Copy line 63, Total of all property on Schedule A/B..................................................... | $     1,081,763.65 |

**Part 2:    Summarize Your Liabilities**

| | Your liabilities<br>Amount you owe |
|---|---|
| 2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $        763,214.00 |
| 3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................. | $        144,012.89 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $        893,239.87 |
| **Your total liabilities** | $     1,800,466.76 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4.  *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................ | $        7,198.71 |
| 5.  *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*............................................ | $        9,458.65 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■ Yes

7.  **What kind of debt do you have?**

☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C § 159.

■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1    **Liburd, Alfredo**                                    Case number *(if known)* _____

8.  **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 144,012.89 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 144,012.89 |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Alfredo Liburd** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION | | |
| Case number | | | |

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

☑ Yes. Where is the property?

| 1.1 | | |
|---|---|---|

**2929 Butterfly Way**
Street address, if available, or other description

**Chula Vista**    **CA**    **91914-4322**
City    State    ZIP Code

**San Diego**
County

**What is the property?** Check all that apply

☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $941,476.00 | $941,476.00 |

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

_____

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**..........................................................................=> | $941,476.00 |

**Part 2:** Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1    **Liburd, Alfredo**                                          Case number *(if known)*

**3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Mercedes-Benz** | **Who has an interest in the property?** Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*. |
|---|---|---|---|---|
| | Model: | **E-Class** | ■ Debtor 1 only | |
| | Year: | **2012** | ☐ Debtor 2 only | **Current value of the entire property?** / **Current value of the portion you own?** |
| | Approximate mileage: | **66000** | ☐ Debtor 1 and Debtor 2 only | |
| | Other information: | | ☐ At least one of the debtors and another | |
| | | | ☐ Check if this is community property (see instructions) | **$15,205.00** / **$15,205.00** |

**4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................................==>      **$15,205.00**

**Part 3:**    Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
■ Yes.  Describe.....

| **Household furniture and furnishings, including books and pictures, located at residence on Butterfly Way, Chula Vista, CA** | **$5,500.00** |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
■ Yes.  Describe.....

| **3 Computer, 2 laptops, 3 TVs, 2 DVD players, 2 stereos and cell phones** | **$2,200.00** |
|---|---|

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No
☐ Yes.  Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
■ Yes.  Describe.....

| **2015 Yamaha Clovina CVP 605 piano** | **$4,499.00** |
|---|---|

Debtor 1    **Liburd, Alfredo**                                          Case number *(if known)*

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
- ■ No
- ☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
- ☐ No
- ■ Yes. Describe.....

| Personal clothing | $850.00 |

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
- ☐ No
- ■ Yes. Describe.....

| Jewelry including 6 watches, 4 necklaces, 4 rings, 4 bracelets, wedding rings and various pieces of costume jewelry | $7,500.00 |

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
- ■ No
- ☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
- ■ No
- ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................... | $20,549.00 |

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
- ■ No
- ☐ Yes.................................................................................

**17. Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
- ☐ No
- ■ Yes......................                    Institution name:

| 17.1. | **Checking Account** | Navy Federal Credit Union | $198.00 |

| 17.2. | **Savings Account** | Navy Federal Credit Union | $20.00 |

**18. Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
- ■ No
- ☐ Yes..................                    Institution or issuer name:

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1   **Liburd, Alfredo**                                                      Case number *(if known)*

19.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
☐ No
■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
| --- | --- | --- |
| **Debtor holds 100% stock interest in NevWest, Inc.; business is subject to pending lawsuits and payroll tax liabilities in excess of $500,000.00.  The business operated at a loss for tax years 2015 & 2016.** | | |
| **Corporate assets consist of a 2013 Midway Golf Cart, a 2005 Nissan Frontier truck with 152,000 miles and equipment, electronics, furniture, and machinery with an estimated value of $75,000.00** | **100.00** % | **$0.00** |

20.  **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
■ No
☐ Yes. Give specific information about them
Issuer name:

21.  **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
■ Yes. List each account separately.

| Type of account: | Institution name: | |
| --- | --- | --- |
| **IRA** | **IRA with Primerica** | **$4,947.08** |
| IRA | **Non-filing spouse's IRA with Primerica** | **$5,947.57** |

22.  **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
■ No
☐ Yes. .....................      Institution name or individual:

23.  **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
■ No
☐ Yes.............      Issuer name and description.

24.  **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
■ No
☐ Yes.............      Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25.  **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
■ No
☐ Yes.  Give specific information about them...

26.  **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
■ No
☐ Yes.  Give specific information about them...

27.  **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☐ No
■ Yes.  Give specific information about them...

| **C-7 Contractors license; non-transferrable** | **$0.00** |
| --- | --- |

Debtor 1  **Liburd, Alfredo**                                    Case number *(if known)*

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| 2015 Federal ($31,624.00) and State ($11,565.00) tax refunds | $43,189.00 |
|---|---|
| 2016 Federal ($32,202.00) and State ($11,730.00) tax refunds | $43,932.00 |

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else
☐ No
■ Yes.  Give specific information..

| Uncashed payroll checks totaling approx. $20,000.00 from NewWest, Inc.  Believed to be uncollectible. | $0.00 |
|---|---|
| Balanced owed by Leonard Rosa on rent-to-own contract for real property located at 9415 Avenida Acero, Spring Valley, CA 91977 | $6,000.00 |

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
■ No
☐ Yes. Name the insurance company of each policy and list its value.
       Company name:             Beneficiary:           Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
■ No
☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
■ No
☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
■ No
☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
■ No
☐ Yes.  Give specific information..

Debtor 1    **Liburd, Alfredo**                                          Case number *(if known)*

36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for
     Part 4. Write that number here..............................................................................................................   **$104,233.65**

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |

37.  **Do you own or have any legal or equitable interest in any business-related property?**
     ■ No. Go to Part 6.
     ☐ Yes.  Go to line 38.

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.<br>If you own or have an interest in farmland, list it in Part 1. |

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
     ■ No. Go to Part 7.
     ☐ Yes.  Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |

53.  **Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership
     ☐ No
     ■ Yes. Give specific information.........

| | |
|---|---|
| Timeshare at Coronado Beach Resort (2 bedroom unit for 1 week/year) | unknown |
| Timeshare at Diamond Resorts International for 1 week | $0.00 |
| Community property interest in Chase Bank checking account titled in non-filing spouse's name | $300.00 |

54.  **Add the dollar value of all of your entries from Part 7. Write that number here**  ....................................   **$300.00**

| Part 8: | List the Totals of Each Part of this Form |

55.  **Part 1: Total real estate, line 2** .........................................................................................   **$941,476.00**

56.  **Part 2: Total vehicles, line 5**                                    **$15,205.00**
57.  **Part 3: Total personal and household items, line 15**              **$20,549.00**
58.  **Part 4: Total financial assets, line 36**                          **$104,233.65**
59.  **Part 5: Total business-related property, line 45**                 **$0.00**
60.  **Part 6: Total farm- and fishing-related property, line 52**        **$0.00**
61.  **Part 7: Total other property not listed, line 54**            +    **$300.00**

62.  **Total personal property.** Add lines 56 through 61...       **$140,287.65**    Copy personal property total    **$140,287.65**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62                          **$1,081,763.65**

**Fill in this information to identify your case:**

Debtor 1 **Alfredo Liburd**
First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)          First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt                    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2929 Butterfly Way Chula Vista CA, 91914-4322 County : San Diego** Line from *Schedule A/B*: **1.1** | **$941,476.00** | ☑ **$175,000.00** ☐ 100% of fair market value, up to any applicable statutory limit | **CCCP § 704.730(a)(3)** |
| **Household furniture and furnishings, including books and pictures, located at residence on Butterfly Way, Chula Vista, CA** Line from *Schedule A/B*: **6.1** | **$5,500.00** | ☑ **$5,500.00** ☐ 100% of fair market value, up to any applicable statutory limit | **CCCP § 704.020** |
| **3 Computer, 2 laptops, 3 TVs, 2 DVD players, 2 stereos and cell phones** Line from *Schedule A/B*: **7.1** | **$2,200.00** | ☑ **$2,200.00** ☐ 100% of fair market value, up to any applicable statutory limit | **CCCP § 704.020** |
| **2015 Yamaha Clovina CVP 605 piano** Line from *Schedule A/B*: **9.1** | **$4,499.00** | ☑ **$4,499.00** ☐ 100% of fair market value, up to any applicable statutory limit | **CCCP § 704.020** |
| **Personal clothing** Line from *Schedule A/B*: **11.1** | **$850.00** | ☑ **$850.00** ☐ 100% of fair market value, up to any applicable statutory limit | **CCCP § 704.020** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Jewelry including 6 watches, 4 necklaces, 4 rings, 4 bracelets, wedding rings and various pieces of costume jewelry**<br>Line from *Schedule A/B* **12.1** | $7,500.00 | ■ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **CCCP § 704.040** |
| **Navy Federal Credit Union**<br>Line from *Schedule A/B* **17.1** | $198.00 | ■ $198.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **CCCP § 704.080** |
| **Navy Federal Credit Union**<br>Line from *Schedule A/B* **17.2** | $20.00 | ■ $20.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **CCCP § 704.080** |
| **IRA with Primerica**<br>Line from *Schedule A/B* **21.1** | $4,947.08 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **CCCP § 704.115(b); 11 U.S.C. § 522(b)(3)(C); 11 U.S.C. § 541(b)(6)** |
| **Non-filing spouse's IRA with Primerica**<br>Line from *Schedule A/B* **21.2** | $5,947.57 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | **CCCP § 704.115(b); 11 U.S.C. § 522(b)(3)(C); 11 U.S.C. § 541(b)(6)** |
| **Community property interest in Chase Bank checking account titled in non-filing spouse's name**<br>Line from *Schedule A/B* **53.3** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **CCCP § 704.080** |

3. **Are you claiming a homestead exemption of more than $160,375?**
(Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ■ No

    ☐ Yes

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Alfredo Liburd** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor 's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|

**2.1  Freedom Mortgage Corp**
Creditor's Name

**Attn: Bankruptcy**
**PO Box 489**
**Mount Laurel, NJ**
**08054-0489**

Number, Street, City, State & Zip Code

| | Column A | Column B | Column C |
|---|---|---|---|
| Describe the property that secures the claim:<br>**2929 Butterfly Way, Chula Vista, CA 91914-4322** | $739,941.00 | $941,476.00 | $0.00 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred   **2015**        Last 4 digits of account number   **2889**

**2.2  MB Financial Services**
Creditor's Name

**36455 Corporate Dr**
**Farmington Hills, MI**
**48331-3552**

Number, Street, City, State & Zip Code

| | Column A | Column B | Column C |
|---|---|---|---|
| Describe the property that secures the claim:<br>**2012 Mercedes-Benz E-Class** | $17,703.00 | $15,205.00 | $2,498.00 |

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred   **2014**        Last 4 digits of account number   **9001**

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1  **Alfredo Liburd**
    First Name         Middle Name         Last Name         Case number (if known)

| 2.3 | **Rolling Hills Ranch II HOA** | Describe the property that secures the claim: | $5,570.00 | $941,476.00 | $0.00 |

Creditor's Name

**c/o Wasserman Kornheiser, et al.**
**7955 Raytheon Rd**
**San Diego, CA**
**92111-1606**
Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**2929 Butterfly Way, Chula Vista, CA 91914-4322**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

☐ Statutory lien (such as tax lien, mechanic's lien)

☐ Judgment lien from a lawsuit

■ Other (including a right to offset)    **Notice of Default recorded for HOA dues**

Date debt was incurred    **2017**          Last 4 digits of account number

---

Add the dollar value of your entries in Column A on this page. Write that number here:    **$763,214.00**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:    **$763,214.00**

| **Part 2:** | **List Others to Be Notified for a Debt That You Already Listed** |

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ Name, Number, Street, City, State & Zip Code
**Freedom Mortgage Corp**
**10500 Kincaid Dr**
**Fishers, IN 46037-9749**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number  **2889**

☐ Name, Number, Street, City, State & Zip Code
**Rolling Hills Ranch II HOA**
**c/o Walters Management**
**9665 Chesapeake Dr Ste 300**
**San Diego, CA 92123-1364**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number  ___

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

Debtor 1          **Alfredo Liburd**
                  First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

Case number
(if known)

☐ Check if this is an
   amended filing

<u>Official Form 106E/F</u>
**Schedule E/F: Creditors Who Have Unsecured Claims**                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:**   **List All of Your PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor 's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | **EDD** | Last 4 digits of account number | **$90,012.89** | **$90,012.89** | **$0.00** |

Priority Creditor's Name

When was the debt incurred?

**PO Box 826806**
**Sacramento, CA 94206**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Domestic support obligations

**Is the claim subject to offset?**
☑ No
☐ Yes

☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Business debt of NevWest, Inc.; 2016 - 2017**
**Payroll tax liabilities**

Debtor 1  **Liburd, Alfredo**                                                    Case number (if know) _____

| | | | |
|---|---|---|---|
| 2.2 | **Internal Revenue Service** | Last 4 digits of account number ___ ___ ___ ___ | **$54,000.00** **$54,000.00** **$0.00** |

Priority Creditor's Name
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

When was the debt incurred?    **2014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____
**2014 Personal Tax Liability**

---

**Part 2:   List All of Your NONPRIORITY Unsecured Claims**

3.   **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.   **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **A1 Alloys** | Last 4 digits of account number ___ ___ ___ ___ | **$0.00** |

Nonpriority Creditor's Name

**3330 Beyer Blvd Ste F**
**San Diego, CA 92173-1351**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

Debtor 1  **Liburd, Alfredo**                                          Case number *(if know)*

---

**4.2**  **ABC Metals**
Nonpriority Creditor's Name

**1401 Cleveland Ave**
**National City, CA 91950-4208**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____                         **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business debt of NevWest, Inc.; No known personal liability**

---

**4.3**  **Acro Instruments Co**
Nonpriority Creditor's Name

**1121 Coolidge Ave**
**National City, CA 91950-3226**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____                         **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Business debt of NevWest, Inc.; No known personal liability**

---

**4.4**  **ACS/College Loan Corp**
Nonpriority Creditor's Name
**ACS/Education Services**
**PO Box 7051**
**Utica, NY 13504-7051**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  **2322**                         **$15,703.00**

**When was the debt incurred?**  **2006**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Student loan obligation**

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1    **Liburd, Alfredo**

Case number (if know) _____

---

**4.5** | **ACS/College Loan Corp** | | |

Nonpriority Creditor's Name

| **Last 4 digits of account number** | **2321** | **$7,733.00** |

**14303 Gateway Pl**
**Poway, CA 92064-7140**

**When was the debt incurred?**    **2005**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Student loan obligation**

---

**4.6** | **ADT** | | |

Nonpriority Creditor's Name

**SKO Brenner American**
**PO Box 9320**
**Baldwin, NY 11510-9320**

Number Street City State Zip Code

| **Last 4 digits of account number** | | **$0.00** |

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt of NevWest, Inc.; No known personal liability**

---

**4.7** | **Airgas** | | |

Nonpriority Creditor's Name

**PO Box 7423**
**Pasadena, CA 91109-7423**

Number Street City State Zip Code

| **Last 4 digits of account number** | | **$0.00** |

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt of NevWest, Inc.; No known personal liability**

---

Debtor 1    **Liburd, Alfredo**                                    Case number (if know) _____

---

| 4.8 | **Airgas USA, LLC** | | | | **$0.00** |

Nonpriority Creditor's Name

Last 4 digits of account number _____

**PO Box 802576**
**Chicago, IL 60680-2576**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt of NevWest, Inc.; No known personal liability**

---

| 4.9 | **Alandas Chambers** | | | | **$0.00** |

Nonpriority Creditor's Name

Last 4 digits of account number _____

**25310 Water Wheel Ct**
**Menifee, CA 92584-9610**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt of NevWest, Inc.; No known personal liability**

---

| 4.10 | **Alaskan Copper & Brass Co** | | | | **$0.00** |

Nonpriority Creditor's Name

Last 4 digits of account number _____

**PO Box 749791**
**Los Angeles, CA 90074-9791**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt of NevWest, Inc.; No known personal liability**

---

Debtor 1   **Liburd, Alfredo**                                                   Case number (if know) _____

| | | |
|---|---|---|

**4.11**   **Alaskan Copper Companies**          **Last 4 digits of account number** _____          **$6,795.80**
Nonpriority Creditor's Name
**c/o ALAN L. BRODKIN & ASSOC.**        **When was the debt incurred?**   **2017**
**15500 Rockfield Blvd Ste B**
**Irvine, CA 92618-2722**
Number Street City State Zip Code           **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                ■ Contingent
☐ Debtor 2 only                ■ Unliquidated
☐ Debtor 1 and Debtor 2 only         ■ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                      ☐ Debts to pension or profit-sharing plans, and other similar debts
                          **Counsel of record in Superior Court Case**
                          **No. 2017-00005495-CL-CL-CTL; Business**
☐ Yes                  ■ Other. Specify  **debt of NevWest, Inc.**

---

**4.12**   **American Express**              **Last 4 digits of account number** _____          **$0.00**
Nonpriority Creditor's Name
                          **When was the debt incurred?**   _____
**PO Box 0001**
**Los Angeles, CA 90096-8000**
Number Street City State Zip Code           **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                ■ Contingent
☐ Debtor 2 only                ■ Unliquidated
☐ Debtor 1 and Debtor 2 only         ■ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                      ☐ Debts to pension or profit-sharing plans, and other similar debts
                          **Business debt of NevWest, Inc.; No known**
☐ Yes                  ■ Other. Specify  **personal liability**

---

**4.13**   **Amex**                    **Last 4 digits of account number**   **2743**          **$0.00**
Nonpriority Creditor's Name
**Correspondence**               **When was the debt incurred?**   **2013 - 2017**
**PO Box 981540**
**El Paso, TX 79998-1540**
Number Street City State Zip Code           **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                ☐ Contingent
☐ Debtor 2 only                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only         ☐ Disputed
■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**   ☐ Student loans
**debt**                      ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**          report as priority claims
■ No                      ☐ Debts to pension or profit-sharing plans, and other similar debts
                          **Business debt of NevWest, Inc.; No known**
☐ Yes                  ■ Other. Specify  **personal liability**

---

Debtor 1   **Liburd, Alfredo**                                        Case number (if know)

---

| 4.14 | **Amex** | Last 4 digits of account number | **5365** | $345.00 |

Nonpriority Creditor's Name

**Correspondence**
**PO Box 981540**
**El Paso, TX 79998-1540**

When was the debt incurred?   **2015 - 2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Revolving credit card charges**

---

| 4.15 | **Amtrust North America, Inc.** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**PO Box 6939**
**Cleveland, OH 44101-1939**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

| 4.16 | **Aqua Chill of San Diego** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**PO Box 502124**
**San Diego, CA 92150-2124**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

Debtor 1   **Liburd, Alfredo**                                           Case number (if known) _____

| | | |
|---|---|---|
| **4.17** | **Arroyo Brothers** | |

| | |
|---|---|
| **Arroyo Brothers**<br>Nonpriority Creditor's Name | **Last 4 digits of account number** _____        $0.00 |
| | **When was the debt incurred?** _____ |
| **128 National City Blvd**<br>**National City, CA 91950-1107**<br>Number Street City State Zip Code | |
| **Who incurred the debt?** Check one. | **As of the date you file, the claim is:** Check all that apply |
| ☐ Debtor 1 only | ■ Contingent |
| ☐ Debtor 2 only | ■ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  **Business debt of NevWest, Inc.; No known personal liability** |

| | | |
|---|---|---|
| **4.18** | **AT&T** | |

| | |
|---|---|
| **AT&T**<br>Nonpriority Creditor's Name | **Last 4 digits of account number** _____        $0.00 |
| | **When was the debt incurred?** _____ |
| **PO Box 5019**<br>**Carol Stream, IL 60197-5019**<br>Number Street City State Zip Code | |
| **Who incurred the debt?** Check one. | **As of the date you file, the claim is:** Check all that apply |
| ☐ Debtor 1 only | ■ Contingent |
| ☐ Debtor 2 only | ■ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ■ Disputed |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  **Business debt of NevWest, Inc.; No known personal liability** |

| | | |
|---|---|---|
| **4.19** | **Bank of America** | |

| | |
|---|---|
| **Bank of America**<br>Nonpriority Creditor's Name<br>**NC4-105-03-14**<br>**PO Box 26012**<br>**Greensboro, NC 27420-6012**<br>Number Street City State Zip Code | **Last 4 digits of account number** **9870**        $0.00 |
| | **When was the debt incurred?** **1998 - 2017** |
| **Who incurred the debt?** Check one. | **As of the date you file, the claim is:** Check all that apply |
| ☐ Debtor 1 only | ☐ Contingent |
| ☐ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ■ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify  **Business debt of NevWest, Inc.; No known personal liability** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1   **Liburd, Alfredo**

Case number (if know)

---

**4.20**

| | | |
|---|---|---|
| **Bank of America** | **Last 4 digits of account number**   8667 | **$3,945.00** |
| Nonpriority Creditor's Name | | |
| **NC4-105-03-14** | **When was the debt incurred?**   1998 - 2017 | |
| **PO Box 26012** | | |
| **Greensboro, NC 27420-6012** | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Revolving credit card charges**

---

**4.21**

| | | |
|---|---|---|
| **Bart Bryan** | **Last 4 digits of account number** | **$0.00** |
| Nonpriority Creditor's Name | | |
| | **When was the debt incurred?** | |
| **12001 Woodside Ave** | | |
| **Lakeside, CA 92040-2948** | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

**4.22**

| | | |
|---|---|---|
| **BCSI** | **Last 4 digits of account number** | **$0.00** |
| Nonpriority Creditor's Name | | |
| | **When was the debt incurred?** | |
| **PO Box 100391** | | |
| **Pasadena, CA 91189-0003** | | |
| Number Street City State Zip Code | **As of the date you file, the claim is:** Check all that apply | |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

Debtor 1   **Liburd, Alfredo**                                    Case number (if known) _____

| | | |
|---|---|---|
| 4.23 | **Bellama Custom Metal Frabricators, Inc.** | |

Nonpriority Creditor's Name

**3129 Main St**
**Chula Vista, CA 91911-5705**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

$0.00

---

| | | |
|---|---|---|
| 4.24 | **BMW Financial Services** | |

Nonpriority Creditor's Name

**c/o Accounts Receivable Technologies**
**377 Hoes Ln Ste 200**
**Piscataway, NJ 08854-4155**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability.  Vehicle leased by business.**

$0.00

---

| | | |
|---|---|---|
| 4.25 | **BriarTek, Inc.** | |

Nonpriority Creditor's Name

**3129 Mount Vernon Ave**
**Alexandria, VA 22305-2640**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

$0.00

---

Official Form 106 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 10 of 56

Debtor 1   **Liburd, Alfredo**

Case number (if know)

---

| 4.26 | **Cal Plastic & Metals** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name
**Curbell Plastics, Inc.**
**632 Marsat Ct**
**Chula Vista, CA 91911-4688**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

| 4.27 | **California Choice** | Last 4 digits of account number | | $0.00 |

Nonpriority Creditor's Name

**PO Box 7088**
**Orange, CA 92863-7088**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent

☑ Unliquidated

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

| 4.28 | **California Credit Union** | Last 4 digits of account number | 3944 | $5,863.00 |

Nonpriority Creditor's Name
**Attn:Legal Dept**
**PO Box 29100**
**Glendale, CA 91209-9100**

When was the debt incurred?   **2011 - 2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Revolving credit card charges**

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1   **Liburd, Alfredo**

Case number (if know) _____

| 4.29 | **Carlson & Beauloye** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**2141 Newton Ave**
**San Diego, CA 92113-2210**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt of NevWest, Inc.; No known personal liability**

| 4.30 | **Carroll Business Supply** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 1425**
**El Cajon, CA 92022-1425**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt of NevWest, Inc.; No known personal liability**

| 4.31 | **Cavalry Portfolio Services** | Last 4 digits of account number  **3927** | **$3,920.00** |

Nonpriority Creditor's Name
**ATTN: Bankruptcy Department**
**500 Summit Lake Dr Ste 400**
**Valhalla, NY 10595-1340**
Number Street City State Zip Code

When was the debt incurred?  **2017**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection agent for Synchrony Bank**

Debtor 1   **Liburd, Alfredo**                                         Case number (if know) _____

---

**4.32**   **Chase Card**                                    Last 4 digits of account number   **9486**                              **$0.00**

Nonpriority Creditor's Name
**Attn: Correspondence Dept**                When was the debt incurred?   **2011 - 2016**
**PO Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State ZIp Code
Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
■ At least one of the debtors and another  Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
                                           ■ Other. Specify   **Business debt of NevWest, Inc.; No known**
☐ Yes                                                         **personal liability**

---

**4.33**   **Chase Card**                                    Last 4 digits of account number   **8790**                          **$20,624.00**

Nonpriority Creditor's Name
**Attn: Correspondence Dept**                When was the debt incurred?   **2009 - 2017**
**PO Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State ZIp Code
Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
■ At least one of the debtors and another  Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
                                           ■ Other. Specify   **75% of balance is Business debt of**
☐ Yes                                                         **NevWest, Inc.**

---

**4.34**   **Chase Card**                                    Last 4 digits of account number   **5097**                           **$1,894.00**

Nonpriority Creditor's Name
**Attn: Correspondence Dept**                When was the debt incurred?   **2013 - 2017**
**PO Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State ZIp Code
Who incurred the debt? Check one.          As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                            ☐ Contingent
☐ Debtor 2 only                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only               ☐ Disputed
■ At least one of the debtors and another  Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**  ☐ Student loans
**debt**                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?            report as priority claims
■ No                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
                                           ■ Other. Specify   **Revolving credit card charges**
☐ Yes

---

Debtor 1　**Liburd, Alfredo**　　　　　　　　　　　Case number (if know)

---

**4.35**　**Chase Card**
Nonpriority Creditor's Name

| | | |
|---|---|---|
| Last 4 digits of account number | **4687** | **$276.00** |

When was the debt incurred?　**2015 - 2017**

**PO Box 15298**
**Wilmington, DE 19850-5298**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Revolving credit card charges**

---

**4.36**　**Citibank/the Home Depot**
Nonpriority Creditor's Name
**Centralized Bankruptcy**
**PO Box 790040**
**Saint Louis, MO 63179-0040**
Number Street City State Zip Code

| | | |
|---|---|---|
| Last 4 digits of account number | **0025** | **$1,527.00** |

When was the debt incurred?　**2005 - 2017**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Revolving credit card charges**

---

**4.37**　**City of San Diego**
Nonpriority Creditor's Name

| | | |
|---|---|---|
| Last 4 digits of account number | | **$0.00** |

When was the debt incurred?

**PO Box 12153**
**San Diego, CA 92112-3153**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify　**Business debt of NevWest, Inc.; No known personal liability**

---

Debtor 1 **Liburd, Alfredo**                                      Case number (if know) _____

---

| | | |
|---|---|---|
| 4.38 | **Clay Renick, Esq.** | Last 4 digits of account number _____ |
| | Nonpriority Creditor's Name | |

**$10,000.00**

When was the debt incurred? _____

**7040 Avenida Encinas Ste 104-285**
**Carlsbad, CA 92011-4652**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **75% of liability is business debt of NevWest, Inc.; Legal fees/costs**

---

| | | |
|---|---|---|
| 4.39 | **Clean Harbors Environmental Services** | Last 4 digits of account number _____ |
| | Nonpriority Creditor's Name | |

**$0.00**

When was the debt incurred? _____

**3495 Kurtz St**
**San Diego, CA 92110-4430**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt of NevWest, Inc.; No known personal liability**

---

| | | |
|---|---|---|
| 4.40 | **Coronado Beach Resort** | Last 4 digits of account number    5005 |
| | Nonpriority Creditor's Name | |

**$957.68**

When was the debt incurred?    2017

**PO Box 4068**
**Carlsbad, CA 92018-4068**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Timeshare dues**

---

Debtor 1    **Liburd, Alfredo**                                           Case number (if know)

| 4.41 | **Corporate Technologies** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 9022**
**Fargo, ND 58106-9022**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

| 4.42 | **Cox Communications** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 53214**
**Phoenix, AZ 85072-3214**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

| 4.43 | **Craters & Freight** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**6500 Federal Blvd**
**Lemon Grove, CA 91945-1311**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

Debtor 1  **Liburd, Alfredo**

Case number (if know)

---

**4.44**  **Cummins Pacific, LLC**                    Last 4 digits of account number _____          **$0.00**
Nonpriority Creditor's Name

                                                    When was the debt incurred? _____

**310 N Johnson Ave**
**El Cajon, CA 92020-3114**
Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                     ■ Contingent
☐ Debtor 2 only                                     ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ■ Disputed
■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**       ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                    ■ Other. Specify  **Business debt of NevWest, Inc.; No known**
☐ Yes                                                                 **personal liability**

---

**4.45**  **Curbell Plastics, Inc.**                Last 4 digits of account number _____          **$0.00**
Nonpriority Creditor's Name

                                                    When was the debt incurred? _____

**632 Marsat Ct**
**Chula Vista, CA 91911-4688**
Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                     ■ Contingent
☐ Debtor 2 only                                     ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ■ Disputed
■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**       ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                    ■ Other. Specify  **Business debt of NevWest, Inc.; No known**
☐ Yes                                                                 **personal liability**

---

**4.46**  **Detra Perkins**                         Last 4 digits of account number _____          **$0.00**
Nonpriority Creditor's Name

                                                    When was the debt incurred? _____

**20326 Amantha Ave**
**Carson, CA 90746-3144**
Number Street City State Zip Code                   **As of the date you file, the claim is:** Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                     ■ Contingent
☐ Debtor 2 only                                     ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                        ■ Disputed
■ At least one of the debtors and another           **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a  community**       ☐ Student loans
**debt**                                            ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims
■ No                                                ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                    ■ Other. Specify  **Business debt of NevWest, Inc.; No known**
☐ Yes                                                                 **personal liability**

---

Debtor 1   **Liburd, Alfredo**

Case number (if know)

---

| 4.47 | **Diamond Resorts International** | | Last 4 digits of account number | **7099** | | **$0.00** |

Nonpriority Creditor's Name

When was the debt incurred?

**10600 W Charleston Blvd**
**Las Vegas, NV 89135-1014**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Timeshare obligation**

---

| 4.48 | **DLP Enterprises, Inc.** | | Last 4 digits of account number | | | **$0.00** |

Nonpriority Creditor's Name

When was the debt incurred?

**Attn: Denise Paige**
**820 Greenbrier Cir Ste D**
**Chesapeake, VA 23320-2646**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

| 4.49 | **E.B. Bradley Co.** | | Last 4 digits of account number | | | **$0.00** |

Nonpriority Creditor's Name

When was the debt incurred?

**9586 Distribution Ave Ste M-N**
**San Diego, CA 92121-2312**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

Debtor 1   **Liburd, Alfredo**

Case number (if know)

---

**4.50** | **Edco**
Nonpriority Creditor's Name

| Last 4 digits of account number _____ | | $0.00 |

When was the debt incurred? _____

**6670 Federal Blvd**
**Lemon Grove, CA 91945-1312**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt of NevWest, Inc.; No known personal liability**

---

**4.51** | **Eduardo Llanda**
Nonpriority Creditor's Name
**c/o POPE, BERGER, et al.**
**401 B St Ste 2000**
**San Diego, CA 92101-4240**
Number Street City State Zip Code

| Last 4 digits of account number _____ | | $10,000.00 |

When was the debt incurred?   **2017**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt of NevWest, Inc.; Superior Court Case No. 2017-00008699-CU-OE-CTL**

---

**4.52** | **Epsilon Systems Solutions**
Nonpriority Creditor's Name

**9242 Lightwave Ave Ste 100**
**San Diego, CA 92123-6402**
Number Street City State Zip Code

| Last 4 digits of account number _____ | | $0.00 |

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt of NevWest, Inc.; No known personal liability**

---

Debtor 1    **Liburd, Alfredo**

Case number (if know)

---

**4.53**    **Extron Electronics**
Nonpriority Creditor's Name

**PO Box 513206**
**Los Angeles, CA 90051-1206**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt of NevWest, Inc.; No known personal liability**

---

**4.54**    **Fair Collections & Outsourcing**
Nonpriority Creditor's Name

**12304 Baltimore Ave Ste E**
**Beltsville, MD 20705-1314**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **9019**        **$419.00**

**When was the debt incurred?**    **2016**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Collection agent for The Village Mission Valley. Disputed liability for family sponsored by Debtor.**

---

**4.55**    **Fastenal**
Nonpriority Creditor's Name

**PO Box 978**
**Winona, MN 55987-0978**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt of NevWest, Inc.; No known personal liability**

---

Debtor 1   **Liburd, Alfredo**                                   Case number (if know) _____

| 4.56 | **FedEx** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 7221**
**Pasadena, CA 91109-7321**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                ■ Contingent

☐ Debtor 2 only                ■ Unliquidated

☐ Debtor 1 and Debtor 2 only   ■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

| 4.57 | **First Insurance Funding Corp.** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 66468**
**Chicago, IL 60666-0468**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                ■ Contingent

☐ Debtor 2 only                ■ Unliquidated

☐ Debtor 1 and Debtor 2 only   ■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

| 4.58 | **First National Bank** | Last 4 digits of account number **9123** | $377.00 |

Nonpriority Creditor's Name
**Attn: FNN Legal Dept**
**1620 Dodge St**
**Omaha, NE 68102-1593**

When was the debt incurred? **2005 - 2017**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                ☐ Contingent

☐ Debtor 2 only                ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only   ☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Revolving credit card charges**

---

Debtor 1 **Liburd, Alfredo**                                        Case number (if know) _____

---

| 4.59 | **First National Bank-Omaha** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 2818**
**Omaha, NE 68103-2818**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                     ■ Contingent

☐ Debtor 2 only                     ■ Unliquidated

☐ Debtor 1 and Debtor 2 only        ■ Disputed

■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims

■ No                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                               ■ Other. Specify  **Business debt of NevWest, Inc.; No known**
                                                      **personal liability**

---

| 4.60 | **Garcia Dental, Inc.** | Last 4 digits of account number   **6482** | **$0.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**1270 Picador Blvd Ste L**
**San Diego, CA 92154-3565**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only                     ■ Contingent

☐ Debtor 2 only                     ■ Unliquidated

☐ Debtor 1 and Debtor 2 only        ■ Disputed

☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims

■ No                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                               ■ Other. Specify  **Business debt of NevWest, Inc.; No known**
                                                      **personal liability**

---

| 4.61 | **Geting USA, Inc.** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**1777 E Henrietta Rd**
**Rochester, NY 14623-3133**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                     ■ Contingent

☐ Debtor 2 only                     ■ Unliquidated

☐ Debtor 1 and Debtor 2 only        ■ Disputed

■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                    ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**              report as priority claims

■ No                                ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                               ■ Other. Specify  **Business debt of NevWest, Inc.; No known**
                                                      **personal liability**

---

Debtor 1  **Liburd, Alfredo**                                      Case number (if know)

---

**4.62** | **Global Payments Check** | Last 4 digits of account number  **2927** | **$1,035.00**
Nonpriority Creditor's Name

**PO Box 59371**
**Chicago, IL 60659-0371**
Number Street City State Zip Code

When was the debt incurred?  **2017-01-18**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Returned check**

---

**4.63** | **Go2Marine.com** | Last 4 digits of account number | **$0.00**
Nonpriority Creditor's Name

**19351 8th Ave NE # 101**
**Poulsbo, WA 98370-8710**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt of NevWest, Inc.; No known personal liability**

---

**4.64** | **Godofredo Abril** | Last 4 digits of account number | **$8,000.00**
Nonpriority Creditor's Name

**c/o POPE, BERGER, et al.**
**401 B St Ste 2000**
**San Diego, CA 92101-4240**
Number Street City State Zip Code

When was the debt incurred?  **2017**

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

☐ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt of NevWest, Inc.; Superior Court Case No. 2017-00008699-CU-OE-CTL**

---

Debtor 1   **Liburd, Alfredo**                                                  Case number (if know) _____

---

| 4.65 | **Grainger** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 882409733**
**Palatine, IL 60038**
Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt of NevWest, Inc.; No known personal liability**

---

| 4.66 | **H.M. Pitt Labs, Inc.** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**2434 Southport Way Ste L**
**National City, CA 91950-8796**
Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt of NevWest, Inc.; No known personal liability**

---

| 4.67 | **Handy Metal Mart** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 13666**
**San Diego, CA 92170-3666**
Number Street City State ZIp Code

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

■ Contingent

☐ Debtor 2 only

■ Unliquidated

☐ Debtor 1 and Debtor 2 only

■ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Business debt of NevWest, Inc.; No known personal liability**

---

Debtor 1   **Liburd, Alfredo**                                  Case number (if know) _____

| 4.68 | **Hayes Bolt & Supply** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name

**2950 National Ave**
**San Diego, CA 92113-2420**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

| 4.69 | **HINDS JUSTICE COURT** | **Last 4 digits of account number** 4648 | **$1,970.00** |

Nonpriority Creditor's Name

**407 E Pascagoula St**
**Jackson, MS 39201-4206**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Disputed judgment debt against Debtor's daughter, Chinita Liburd.**

---

| 4.70 | **Home Depot Credit Services** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name
**Centralized Bankruptcy**
**PO Box 790040**
**Saint Louis, MO 63179-0040**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
■ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1  **Liburd, Alfredo**

Case number (if know) _____

---

| 4.71 | **Incept 3D** | |
|------|---------------|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____

$0.00

**8909 Complex Dr Ste D**
**San Diego, CA 92123-1418**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify  **Business debt of NevWest, Inc.; No known personal liability**

---

| 4.72 | **Independent Testing & Consulting, Inc.** | |
|------|---------------|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____

$0.00

**PO Box 539**
**Holmdel, NJ 07733-0539**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt of NevWest, Inc.; No known personal liability**

---

| 4.73 | **Innovative Marine, Inc.** | |
|------|---------------|---|

Nonpriority Creditor's Name

Last 4 digits of account number _____

$0.00

**3373 National Ave**
**San Diego, CA 92113-2638**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt of NevWest, Inc.; No known personal liability**

---

Debtor 1   **Liburd, Alfredo**

Case number (if know) _____

---

**4.74** | **Integon National Insurance Co.** | Last 4 digits of account number _____ | **$0.00**

Nonpriority Creditor's Name

When was the debt incurred? _____

**PO Box 9007**
**Carlsbad, CA 92018-9007**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt of NevWest, Inc.; No known personal liability**

---

**4.75** | **Internal Revenue Service** | Last 4 digits of account number _____ | **$146,971.67**

Nonpriority Creditor's Name

**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?   **9/2016**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt of NevWest, Inc.; Payroll taxes**

---

**4.76** | **Internal Revenue Service** | Last 4 digits of account number _____ | **$108,953.28**

Nonpriority Creditor's Name

**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?   **12/2016**

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Business debt of NewWest, Inc.; Payroll taxes**

---

Debtor 1  **Liburd, Alfredo**                                    Case number (if know)

| | | |
|---|---|---|
| 4.77 | **Internal Revenue Service** | Last 4 digits of account number _____ | $98,697.21 |

Nonpriority Creditor's Name
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?  **3/2017**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt of NevWest, Inc.; Payroll taxes**

---

| | | |
|---|---|---|
| 4.78 | **Internal Revenue Service** | Last 4 digits of account number _____ | $7,886.20 |

Nonpriority Creditor's Name
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?  **12/2016**

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt of NevWest, Inc; Unemployment taxes**

---

| | | |
|---|---|---|
| 4.79 | **Konica Minolta** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**PO Box 100706**
**Pasadena, CA 91189-0003**
Number Street City State Zip Code

When was the debt incurred?

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Business debt of NevWest, Inc.; No known personal liability**

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1  **Liburd, Alfredo**

Case number (if know) _____

| | | |
|---|---|---|
| 4.80 | **Leonard Rosa**<br>Nonpriority Creditor's Name | |

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

**10371 Frank Ln**
**Santee, CA 92071-2782**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

| | | |
|---|---|---|
| 4.81 | **Liberty Mutual Insurance Co.**<br>Nonpriority Creditor's Name | |

Last 4 digits of account number _____     **$0.00**

When was the debt incurred? _____

**PO Box 85834**
**San Diego, CA 92186-5834**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

| | | |
|---|---|---|
| 4.82 | **LoanMe, Inc.**<br>Nonpriority Creditor's Name | |

Last 4 digits of account number   **9640**     **$9,108.00**

When was the debt incurred?   **2016**

**1900 S State St Ste 300**
**Anaheim, CA 92806**
Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Loan obtained to pay corporate payroll**

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1    **Liburd, Alfredo**

Case number (if know) _____

| 4.83 | **M & I Systems** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**1475 NW 85th St**
**Seattle, WA 98117-4237**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business debt of NevWest, Inc.; No known personal liability**

---

| 4.84 | **Mabt - Genesis Retail** | Last 4 digits of account number **8482** | **$475.00** |

Nonpriority Creditor's Name
**Bankcard Services**
**PO Box 4477**
**Beaverton, OR 97076-4401**
Number Street City State Zip Code

When was the debt incurred? **2015 - 2017**

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Revolving credit card charges**

---

| 4.85 | **Mamerto M. Mirador** | Last 4 digits of account number _____ | **$0.00** |

Nonpriority Creditor's Name

When was the debt incurred? _____

**725 Paso de Luz # 113**
**Chula Vista, CA 91911-8821**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Business debt of NevWest, Inc.; No known personal liability**

---

Debtor 1    **Liburd, Alfredo**

Case number (if know) _____

---

**4.86**  **Marine & Restaurant Fabricators**
Nonpriority Creditor's Name

**3768 Dalbergia St**
**San Diego, CA 92113-3815**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt of NevWest, Inc.; No known personal liability**

---

**4.87**  **Marscot Marine & Industrial Supply**
Nonpriority Creditor's Name

**2446 Main St Ste V**
**Chula Vista, CA 91911-4669**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt of NevWest, Inc.; No known personal liability**

---

**4.88**  **Material Sales, Inc.**
Nonpriority Creditor's Name

**1540 McKinley Ave**
**National City, CA 91950-4218**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt of NevWest, Inc.; No known personal liability**

---

Debtor 1   **Liburd, Alfredo**                                         Case number (if know) _____

---

**4.89**   **Mercury Insurance Co.**                Last 4 digits of account number _____          **$0.00**
           Nonpriority Creditor's Name
                                                    When was the debt incurred? _____
           **11000 Eucalyptus St**
           **Rancho Cucamonga, CA**
           **91730-7663**
           Number Street City State ZIp Code        As of the date you file, the claim is: Check all that apply
           **Who incurred the debt?** Check one.
           ☐ Debtor 1 only                          ■ Contingent
           ☐ Debtor 2 only                          ■ Unliquidated
           ☐ Debtor 1 and Debtor 2 only             ■ Disputed
           ■ At least one of the debtors and another Type of NONPRIORITY unsecured claim:
           ☐ **Check if this claim is for a  community** ☐ Student loans
           **debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
           **Is the claim subject to offset?**         report as priority claims
           ■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
           ☐ Yes                                     ■ Other. Specify   **Business debt of NevWest, Inc.; No known**
                                                                         **personal liability**

---

**4.90**   **Military Star/Aafes**                  Last 4 digits of account number   **9498**          **$4,924.00**
           Nonpriority Creditor's Name
           **Attention: Bankruptcy**                When was the debt incurred?   **2002 - 2017**
           **PO Box 650060**
           **Dallas, TX 75265-0060**
           Number Street City State ZIp Code        As of the date you file, the claim is: Check all that apply
           **Who incurred the debt?** Check one.
           ■ Debtor 1 only                          ☐ Contingent
           ☐ Debtor 2 only                          ☐ Unliquidated
           ☐ Debtor 1 and Debtor 2 only             ☐ Disputed
           ☐ At least one of the debtors and another Type of NONPRIORITY unsecured claim:
           ☐ **Check if this claim is for a  community** ☐ Student loans
           **debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
           **Is the claim subject to offset?**         report as priority claims
           ■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
           ☐ Yes                                     ■ Other. Specify   **Revolving credit card charges**

---

**4.91**   **Mor Furniture For Less**               Last 4 digits of account number   **6069**          **$629.00**
           Nonpriority Creditor's Name
           **Attn: Bankruptcy**                     When was the debt incurred?   **2013 - 2017**
           **6965 Consolidated Way**
           **San Diego, CA 92121-2603**
           Number Street City State ZIp Code        As of the date you file, the claim is: Check all that apply
           **Who incurred the debt?** Check one.
           ■ Debtor 1 only                          ☐ Contingent
           ☐ Debtor 2 only                          ☐ Unliquidated
           ☐ Debtor 1 and Debtor 2 only             ☐ Disputed
           ☐ At least one of the debtors and another Type of NONPRIORITY unsecured claim:
           ☐ **Check if this claim is for a  community** ☐ Student loans
           **debt**                                 ☐ Obligations arising out of a separation agreement or divorce that you did not
           **Is the claim subject to offset?**         report as priority claims
           ■ No                                      ☐ Debts to pension or profit-sharing plans, and other similar debts
           ☐ Yes                                     ■ Other. Specify   **Revolving credit card charges**

---

Debtor 1  **Liburd, Alfredo**                                    Case number (if know)

| 4.92 | **MSC Industrial Supply Co.** | **Last 4 digits of account number** | | **$8,000.53** |

Nonpriority Creditor's Name

**c/o ALAN L. BRODKIN & ASSOC.**
**15500 Rockfield Blvd Ste B**       **When was the debt incurred?**
**Irvine, CA 92618-2722**
Number Street City State Zip Code

Who incurred the debt? Check one.        **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                         ■ Contingent

☐ Debtor 1 and Debtor 2 only            ■ Unliquidated

■ At least one of the debtors and another  ■ Disputed

☐ **Check if this claim is for a community**  **Type of NONPRIORITY unsecured claim:**
**debt**
                                        ☐ Student loans
Is the claim subject to offset?
                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                    report as priority claims

                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

                                        **Counsel of record in Superior Court Case**
                                        **No. 2017-00004603-CI-CL-CTL; Business**
☐ Yes                                   ■ Other. Specify  **debt of NevWest, Inc.**

---

| 4.93 | **MTW** | **Last 4 digits of account number** | | **$0.00** |

Nonpriority Creditor's Name

                                        **When was the debt incurred?**
**330 Trousdale Dr Ste A**
**Chula Vista, CA 91910-1077**
Number Street City State Zip Code        **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

☐ Debtor 1 only                         ■ Contingent

☐ Debtor 2 only                         ■ Unliquidated

☐ Debtor 1 and Debtor 2 only            ■ Disputed

■ At least one of the debtors and another  **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**  ☐ Student loans
**debt**
                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?          report as priority claims

■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

                                        **Business debt of NevWest, Inc.; No known**
☐ Yes                                   ■ Other. Specify  **personal liability**

---

| 4.94 | **Navy Federal Credit Union** | **Last 4 digits of account number** | **4600** | **$19,692.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 3000**                         **When was the debt incurred?** **1999 - 2017**
**Merrifield, VA 22119-3000**
Number Street City State Zip Code

Who incurred the debt? Check one.        **As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only                         ☐ Contingent

☐ Debtor 1 and Debtor 2 only            ☐ Unliquidated

■ At least one of the debtors and another  ☐ Disputed

☐ **Check if this claim is for a community**  **Type of NONPRIORITY unsecured claim:**
**debt**
                                        ☐ Student loans
Is the claim subject to offset?
                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
■ No                                    report as priority claims

                                        ☐ Debts to pension or profit-sharing plans, and other similar debts

                                        **50% Business debt of NevWest, Inc.; No**
☐ Yes                                   ■ Other. Specify  **known personal liability**

---

Debtor 1   **Liburd, Alfredo**                                           Case number (if know) _____

| | | | |
|---|---|---|---|
| 4.95 | **Navy Federal Credit Union** | Last 4 digits of account number    **0310** | **$15,338.00** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**PO Box 3000**
**Merrifield, VA 22119-3000**
Number Street City State Zip Code

When was the debt incurred?    **1988 - 2017**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify   **Revolving credit card charges; 50% business debt of NevWest, Inc.**

| | | | |
|---|---|---|---|
| 4.96 | **Navy Federal Credit Union** | Last 4 digits of account number    _____ | **$0.00** |

Nonpriority Creditor's Name

**PO Box 3700**
**Merrifield, VA 22119**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

| | | | |
|---|---|---|---|
| 4.97 | **Noil USA, Inc.** | Last 4 digits of account number    _____ | **$0.00** |

Nonpriority Creditor's Name

**1605 Cactus Rd**
**San Diego, CA 92154-8102**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

Debtor 1    **Liburd, Alfredo**                                      Case number (if know)

---

| 4.98 | **Office Depot** | Last 4 digits of account number _____ | $0.00 |
|------|------------------|------------------------------------------|-------|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

**PO Box 689020**
**Des Moines, IA 50368-9020**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                        ■ Contingent

☐ Debtor 2 only                        ■ Unliquidated

☐ Debtor 1 and Debtor 2 only           ■ Disputed

■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**       report as priority claims

■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                   ☐ Other. Specify   **Business debt of NevWest, Inc.; No known**
                                                        **personal liability**

---

| 4.99 | **Otay Mesa Sales, Inc.** | Last 4 digits of account number _____ | $0.00 |
|------|---------------------------|------------------------------------------|-------|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

**1596 Radar Rd**
**San Diego, CA 92154-7815**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                        ■ Contingent

☐ Debtor 2 only                        ■ Unliquidated

☐ Debtor 1 and Debtor 2 only           ■ Disputed

■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**       report as priority claims

■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                   ☐ Other. Specify   **Business debt of NevWest, Inc.; No known**
                                                        **personal liability**

---

| 4.100 | **Pacific Maritime Industries Corp.** | Last 4 digits of account number _____ | $0.00 |
|-------|---------------------------------------|------------------------------------------|-------|

Nonpriority Creditor's Name

**When was the debt incurred?** _____

**1790 Dornoch Ct**
**San Diego, CA 92154-7206**
Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                        ■ Contingent

☐ Debtor 2 only                        ■ Unliquidated

☐ Debtor 1 and Debtor 2 only           ■ Disputed

■ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**   ☐ Student loans
**debt**
                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**       report as priority claims

■ No                                    ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                   ☐ Other. Specify   **Business debt of NevWest, Inc.; No known**
                                                        **personal liability**

---

Debtor 1  **Liburd, Alfredo**

Case number (if know) _____

| 4.10 1 | | | |
|---|---|---|---|

**Passport Health**

Nonpriority Creditor's Name

**2525 Camino del Rio S Ste 325**
**San Diego, CA 92108-3784**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

**$0.00**

---

| 4.10 2 | | | |
|---|---|---|---|

**Pell Mell Supply**

Nonpriority Creditor's Name

**1305 Wilson Ave**
**National City, CA 91950-4349**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

**$0.00**

---

| 4.10 3 | | | |
|---|---|---|---|

**Penske Truck Leasing Co**

Nonpriority Creditor's Name

**PO Box 7429**
**Pasadena, CA 91109-7429**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**
**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

**$0.00**

---

Debtor 1  **Liburd, Alfredo**

Case number (if know) _____

---

**4.10 4**

**Pilot Freight Services**

Nonpriority Creditor's Name

**9340 Cabot Dr Ste I**
**San Diego, CA 92126-4397**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    **Business debt of NevWest, Inc.; No known personal liability**

---

**4.10 5**

**Port Supply**

Nonpriority Creditor's Name

**630 Bay Blvd Ste 103**
**Chula Vista, CA 91910-5262**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    **Business debt of NevWest, Inc.; No known personal liability**

---

**4.10 6**

**PPF Sudberry Ocean View Hills, LP**

Nonpriority Creditor's Name

**c/o Kearny Property Services, Inc.**
**1900 Avenue of the Stars Ste 320**
**Los Angeles, CA 90067-4305**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☒ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify    **Business debt of NevWest, Inc.; No known personal liability**

---

Debtor 1   **Liburd, Alfredo**

Case number (if know) _____

---

**4.10 7**

**Precision 4 Swiss Machining, Inc.**

Nonpriority Creditor's Name

**1253 Activity Dr Ste C**
**Vista, CA 92081-8516**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____              $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

**4.10 8**

**Prudential Overall Supply**

Nonpriority Creditor's Name

**PO Box 11210**
**Santa Ana, CA 92711-1210**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____              $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

**4.10 9**

**Pure Flo Water**

Nonpriority Creditor's Name

**7737 Mission Gorge Rd**
**Santee, CA 92071-3306**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____              $0.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

Debtor 1    **Liburd, Alfredo**

Case number (if know) _____

---

**4.11 0**

**Pure Water Technology of San Diego**
Nonpriority Creditor's Name
**Time Payment Corp.**
**PO Box 3069**
**Woburn, MA 01888-1969**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Business debt of NevWest, Inc.; No known personal liability**

---

**4.11 1**

**Quality Lift**
Nonpriority Creditor's Name

**115 N Glover Ave**
**Chula Vista, CA 91910-1009**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Business debt of NevWest, Inc.; No known personal liability**

---

**4.11 2**

**Red-D-Arc, Inc.**
Nonpriority Creditor's Name

**9082 Clairemont Mesa Blvd**
**San Diego, CA 92123-1208**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number _____    **$0.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify    **Business debt of NevWest, Inc.; No known personal liability**

---

Debtor 1    **Liburd, Alfredo**                                        Case number (if know) _____

---

**4.11 3**

**Reliable Pipe Supply Co., Inc.**                Last 4 digits of account number _____                **$0.00**
Nonpriority Creditor's Name

**1430 National Ave**                              When was the debt incurred? _____
**San Diego, CA 92113-1028**
Number Street City State Zip Code
**Who incurred the debt?** Check one.              As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                   ■ Contingent
☐ Debtor 2 only                                   ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ■ Disputed
■ At least one of the debtors and another         Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**       ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                  ■ Other. Specify  **Business debt of NevWest, Inc.; No known**
☐ Yes                                                               **personal liability**

---

**4.11 4**

**Reliance Metal Center**                         Last 4 digits of account number _____                **$0.00**
Nonpriority Creditor's Name

**2100 Cleveland Ave**                             When was the debt incurred? _____
**National City, CA 91950-6410**
Number Street City State Zip Code
**Who incurred the debt?** Check one.              As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                   ■ Contingent
☐ Debtor 2 only                                   ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ■ Disputed
■ At least one of the debtors and another         Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**       ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                  ■ Other. Specify  **Business debt of NevWest, Inc.; No known**
☐ Yes                                                               **personal liability**

---

**4.11 5**

**Republic Brass Sales, Inc.**                    Last 4 digits of account number _____                **$0.00**
Nonpriority Creditor's Name

**6566 Federal Blvd**                              When was the debt incurred? _____
**Lemon Grove, CA 91945-1311**
Number Street City State Zip Code
**Who incurred the debt?** Check one.              As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                   ■ Contingent
☐ Debtor 2 only                                   ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                      ■ Disputed
■ At least one of the debtors and another         Type of NONPRIORITY unsecured claim:
☐ **Check if this claim is for a community**       ☐ Student loans
**debt**                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
                                                  ☐ Debts to pension or profit-sharing plans, and other similar debts
■ No
                                                  ■ Other. Specify  **Business debt of NevWest, Inc.; No known**
☐ Yes                                                               **personal liability**

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1   **Liburd, Alfredo**                                     Case number (if know) _____

---

| 4.11 6 | **Retail Capital Partners, LLC** | Last 4 digits of account number _____ | $220,983.77 |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o Global Legal Law Firm**
**5411 Avenida Encinas Ste 280**
**Carlsbad, CA 92008-4388**

When was the debt incurred?   **2016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Counsel of record in Superior Court Case No. 2016-00045886-CU-BC-CTL; Business debt of NevWest, Inc.**

---

| 4.11 7 | **Ronald Cooley** | Last 4 digits of account number _____ | $0.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**1546 Crystal Pass**
**Allen, TX 75002-0974**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt of NevWest, Inc.; No known personal liability**

---

| 4.11 8 | **Roy Remorin** | Last 4 digits of account number _____ | $8,000.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o POPE, BERGER, et al.**
**401 B St Ste 2000**
**San Diego, CA 92101-4240**

When was the debt incurred?   **2017**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Business debt of NevWest, Inc.; Superior Court Case No. 2017-00008699-CU-OE-CTL**

---

Debtor 1   **Liburd, Alfredo**

Case number (if know)

---

| 4.11 9 | **S&S Portable Services, Inc.** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name
**United Site Services**
**PO Box 53267**
**Phoenix, AZ 85072-3267**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Debt of NevWest, Inc.; No known personal liability**

---

| 4.12 0 | **Safe Boats International** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**8800 SW Barney White Rd**
**Bremerton, WA 98312-4921**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Debt of NevWest, Inc.; No known personal liability**

---

| 4.12 1 | **Samuel Reyes** | Last 4 digits of account number | $0.00 |

Nonpriority Creditor's Name

**2752 Grove St**
**National City, CA 91950-7605**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Debt of NevWest, Inc.; No known personal liability**

---

Debtor 1    **Liburd, Alfredo**                                         Case number (if know)

---

**4.12 2**

**San Diego Hydraulics**                          Last 4 digits of account number _____                 **$0.00**

Nonpriority Creditor's Name
                                                  When was the debt incurred?    _____

**1400 Cleveland Ave**
**National City, CA 91950-4209**                  As of the date you file, the claim is: Check all that apply

Number Street City State Zip Code
Who incurred the debt? Check one.                 ☐ Contingent

☐ Debtor 1 only                                   ☐ Unliquidated

☐ Debtor 2 only                                   ☐ Disputed

☐ Debtor 1 and Debtor 2 only                      Type of NONPRIORITY unsecured claim:

■ At least one of the debtors and another         ☐ Student loans

☐ **Check if this claim is for a  community**     ☐ Obligations arising out of a separation agreement or divorce that you did not
**debt**                                          report as priority claims

Is the claim subject to offset?                   ☐ Debts to pension or profit-sharing plans, and other similar debts

■ No                                              ■ Other. Specify   **Business debt of NevWest, Inc.; No known**
                                                                     **personal liability**
☐ Yes

---

**4.12 3**

**San Diego Police Department**                   Last 4 digits of account number _____                 **$0.00**

Nonpriority Creditor's Name
**Permits & Licensing**                           When was the debt incurred?    _____
**PO Box 121431**
**San Diego, CA 92112-1431**

Number Street City State Zip Code
Who incurred the debt? Check one.                 As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only                                   ☐ Contingent

☐ Debtor 2 only                                   ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                      ☐ Disputed

■ At least one of the debtors and another         Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community**     ☐ Student loans
**debt**
                                                  ☐ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                   report as priority claims

■ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                             ■ Other. Specify   **Business debt of NevWest, Inc.; No known**
                                                                     **personal liability**

---

**4.12 4**

**SDG&E**                                          Last 4 digits of account number _____                 **$0.00**

Nonpriority Creditor's Name
                                                  When was the debt incurred?    _____

**PO Box 25111**
**Santa Ana, CA 92799-5111**                      As of the date you file, the claim is: Check all that apply

Number Street City State Zip Code
Who incurred the debt? Check one.                 ■ Contingent

☐ Debtor 1 only                                   ☐ Unliquidated

☐ Debtor 2 only                                   ☐ Disputed

☐ Debtor 1 and Debtor 2 only                      Type of NONPRIORITY unsecured claim:

■ At least one of the debtors and another         ☐ Student loans

☐ **Check if this claim is for a  community**     ☐ Obligations arising out of a separation agreement or divorce that you did not
**debt**                                          report as priority claims

Is the claim subject to offset?                   ☐ Debts to pension or profit-sharing plans, and other similar debts

■ No                                              ■ Other. Specify   **Business debt of NevWest, Inc.; No known**
                                                                     **personal liability**
☐ Yes

---

Debtor 1  **Liburd, Alfredo**                                          Case number (if know) _____

---

**4.12 5**

| | | |
|---|---|---|
| **Sears/CBN** | **Last 4 digits of account number**   **6865** | **$349.00** |
| Nonpriority Creditor's Name | | |

**PO Box 6283**
**Sioux Falls, SD 57117-6283**
Number Street City State Zip Code

**When was the debt incurred?**   **1986 - 2017**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Revolving credit card charges**

---

**4.12 6**

| | | |
|---|---|---|
| **Shizue Teshima** | **Last 4 digits of account number** _____ | **$0.00** |
| Nonpriority Creditor's Name | | |

**1537 Hillstone Ave**
**Escondido, CA 92029-4331**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

**4.12 7**

| | | |
|---|---|---|
| **Sioux Rubber & Urethane** | **Last 4 digits of account number** _____ | **$0.00** |
| Nonpriority Creditor's Name | | |

**2620 Hawkeye Dr**
**Sioux City, IA 51105-2053**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1    **Liburd, Alfredo**                                          Case number (if know) _____

---

**4.12 8**    **SoCal Machine, Inc.**                    **Last 4 digits of account number** _____                    **$0.00**

Nonpriority Creditor's Name

**When was the debt incurred?** _____

**14310 Olde Hwy # 80**
**El Cajon, CA 92021**

Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                      ■ Contingent

☐ Debtor 2 only                                      ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                         ■ Disputed

■ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**         ☐ Student loans
**debt**
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify  **Business debt of NevWest, Inc.; No known**
                                                                        **personal liability**

---

**4.12 9**    **Son-Zee**                             **Last 4 digits of account number** _____                    **$0.00**

Nonpriority Creditor's Name

**When was the debt incurred?** _____

**337 W 35th St Ste H**
**National City, CA 91950-7918**

Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                      ■ Contingent

☐ Debtor 2 only                                      ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                         ■ Disputed

■ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**         ☐ Student loans
**debt**
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify  **Business debt of NevWest, Inc.; No known**
                                                                        **personal liability**

---

**4.13 0**    **South Bay Fence, Inc.**               **Last 4 digits of account number** _____                    **$0.00**

Nonpriority Creditor's Name

**When was the debt incurred?** _____

**3084 Main St**
**Chula Vista, CA 91911-5704**

Number Street City State Zip Code                    **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only                                      ■ Contingent

☐ Debtor 2 only                                      ■ Unliquidated

☐ Debtor 1 and Debtor 2 only                         ■ Disputed

■ At least one of the debtors and another            **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**         ☐ Student loans
**debt**
                                                     ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                  report as priority claims

■ No                                                 ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                ■ Other. Specify  **Business debt of NevWest, Inc.; No known**
                                                                        **personal liability**

---

Debtor 1    **Liburd, Alfredo**                                                    Case number (if know) _____

| 4.13 1 | **South Coast Medical Clinic** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**408 W 8th St**
**National City, CA 91950-1002**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

| 4.13 2 | **Sparkletts Water** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**PO Box 660579**
**Dallas, TX 75266-0579**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

| 4.13 3 | **Spectrum Business** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**PO Box 60074**
**City of Industry, CA 91716-0074**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

☐ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

Debtor 1  **Liburd, Alfredo**                                        Case number (if know) _____

---

| 4.13 4 | **Stoody Industrial & Welding Supply** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**3316 National Ave**
**San Diego, CA 92113-2639**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

| 4.13 5 | **Strategic Value Media** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**8700 Indian Creek Pkwy Ste 300**
**Overland Park, KS 66210-1512**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

| 4.13 6 | **Stuart Teshima** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**1537 Hillstone Ave**
**Escondido, CA 92029-4331**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

☐ Yes

■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1    **Liburd, Alfredo**                                      Case number (if know)

---

**4.13 7**    **Sunterra Financial Services, Inc.**         Last 4 digits of account number    **7099**                    **$10,409.00**
Nonpriority Creditor's Name
**Attn: Bankruptcy**                                        When was the debt incurred?    **2014**
**3865 W Cheyenne Ave**
**Las Vegas, NV 89135**
Number Street City State Zip Code                           As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                            ☐ Contingent
☐ Debtor 2 only                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ☐ Disputed
■ At least one of the debtors and another                  Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community                  ☐ Student loans
debt
Is the claim subject to offset?                            ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                           report as priority claims
■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                      ■ Other. Specify    **Time Share obligation**

---

**4.13 8**    **TUFF**                                      Last 4 digits of account number    _____                    **$0.00**
Nonpriority Creditor's Name
                                                           When was the debt incurred?
**1918 Cleveland Ave**
**National City, CA 91950-5415**
Number Street City State Zip Code                           As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                            ■ Contingent
☐ Debtor 2 only                                            ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ■ Disputed
■ At least one of the debtors and another                  Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community                  ☐ Student loans
debt
Is the claim subject to offset?                            ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                           report as priority claims
■ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                           ■ Other. Specify    **Business debt of NevWest, Inc.; No known**
☐ Yes                                                                           **personal liability**

---

**4.13 9**    **Two Bit Towing**                            Last 4 digits of account number    _____                    **$0.00**
Nonpriority Creditor's Name
                                                           When was the debt incurred?

Number Street City State Zip Code                           As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.
☐ Debtor 1 only                                            ■ Contingent
☐ Debtor 2 only                                            ■ Unliquidated
☐ Debtor 1 and Debtor 2 only                               ■ Disputed
■ At least one of the debtors and another                  Type of NONPRIORITY unsecured claim:
☐ Check if this claim is for a  community                  ☐ Student loans
debt
Is the claim subject to offset?                            ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                           report as priority claims
☐ No                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
                                                           ■ Other. Specify    **Business debt of NevWest, Inc.; No known**
☐ Yes                                                                           **personal liability**

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1  **Liburd, Alfredo**                                    Case number (if know) _____

| | | |
|---|---|---|
| **4.14 0** | **Uheaa/Utah Sbr**<br>Nonpriority Creditor's Name | Last 4 digits of account number  **0001**  _____  $27,536.00 |

**60 S 400 W**
**Salt Lake City, UT 84101-1284**
Number Street City State Zip Code

When was the debt incurred?  **2008**

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Student loan obligation**

---

| | | |
|---|---|---|
| **4.14 1** | **United Site Services**<br>Nonpriority Creditor's Name | Last 4 digits of account number  _____  $0.00 |

**PO Box 53267**
**Phoenix, AZ 85072-3267**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Business debt of NevWest, Inc.; No known personal liability**

---

| | | |
|---|---|---|
| **4.14 2** | **Universal Printing Solutions, Inc.**<br>Nonpriority Creditor's Name | Last 4 digits of account number  _____  $0.00 |

**10573 W Pico Blvd Ste 610**
**Los Angeles, CA 90064-2333**
Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

**Is the claim subject to offset?**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify  **Business debt of NevWest, Inc.; No known personal liability**

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1  **Liburd, Alfredo**                                    Case number (if know) _____

---

**4.14 3**

**US Dept of Ed/Glelsi** _____
Nonpriority Creditor's Name

**PO Box 7860**
**Madison, WI 53707-7860**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | |
|---|---|
| **Last 4 digits of account number** | **8581** | **$77,961.00** |
| **When was the debt incurred?** | **2011** | |

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Student loan obligation** _____

---

**4.14 4**

**US Dept of Ed/Glelsi** _____
Nonpriority Creditor's Name

**PO Box 7860**
**Madison, WI 53707-7860**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | |
|---|---|
| **Last 4 digits of account number** | **1577** | **$13,015.00** |
| **When was the debt incurred?** | **2009** | |

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Student loan obligation** _____

---

**4.14 5**

**Valve Automation & Control** _____
Nonpriority Creditor's Name

**2390 Boswell Rd Ste 100**
**Chula Vista, CA 91914-3541**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | |
|---|---|
| **Last 4 digits of account number** | **$0.00** |
| **When was the debt incurred?** | |

**As of the date you file, the claim is:** Check all that apply

☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**

---

Debtor 1   **Liburd, Alfredo**                                         Case number (if know) _____

| 4.14 6 | **Verizon Wireless** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name

**When was the debt incurred?** _____

**PO Box 66018**
**Dallas, TX 75266**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only        ■ Contingent
- [ ] Debtor 2 only        ■ Unliquidated
- [ ] Debtor 1 and Debtor 2 only   ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ At least one of the debtors and another
- [ ] Student loans
- [ ] **Check if this claim is for a  community debt**
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- [ ] Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**
- [ ] Yes

---

| 4.14 7 | **Vidmar** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name

**When was the debt incurred?** _____

**PO Box 371744**
**Pittsburgh, PA 15250-7744**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only        ■ Contingent
- [ ] Debtor 2 only        ■ Unliquidated
- [ ] Debtor 1 and Debtor 2 only   ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ At least one of the debtors and another
- [ ] Student loans
- [ ] **Check if this claim is for a  community debt**
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- [ ] Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**
- [ ] Yes

---

| 4.14 8 | **W & O Supply, Inc.** | **Last 4 digits of account number** _____ | **$0.00** |

Nonpriority Creditor's Name

**When was the debt incurred?** _____

**7 W Baltimore Ave**
**Linden, NJ 07036-2040**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

- [ ] Debtor 1 only        ■ Contingent
- [ ] Debtor 2 only        ■ Unliquidated
- [ ] Debtor 1 and Debtor 2 only   ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ■ At least one of the debtors and another
- [ ] Student loans
- [ ] **Check if this claim is for a  community debt**
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

- [ ] Debts to pension or profit-sharing plans, and other similar debts
- ■ No
- ■ Other. Specify   **Business debt of NevWest, Inc.; No known personal liability**
- [ ] Yes

---

Debtor 1  **Liburd, Alfredo**                                        Case number (if know)  _____

| 4.14 9 | **West Air Gases & Equipment** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**PO Box 101420**
**Pasadena, CA 91189-0025**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt of NevWest, Inc.; No known personal liability**

---

| 4.15 0 | **West Marine** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**1250 Rosecrans St**
**San Diego, CA 92106-2662**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt of NevWest, Inc.; No known personal liability**

---

| 4.15 1 | **Western Hose & Gasket** | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name

**325 W 30th St**
**National City, CA 91950-7205**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt of NevWest, Inc.; No known personal liability**

---

Debtor 1    **Liburd, Alfredo**                                   Case number (if know)

---

**4.15 2**

**Willy's Electronic**
Nonpriority Creditor's Name

**1636 D Ave**
**National City, CA 91950-4534**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt of NevWest, Inc.; No known personal liability**

---

**4.15 3**

**Wing Inflatables, Inc.**
Nonpriority Creditor's Name
**c/o JOSEPH & COHEN, P.C.**
**1855 Market St**
**San Francisco, CA 94103-1112**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          $12,926.73

When was the debt incurred?    **2017**

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Counsel of record in Superior Court Case No. L17-01272; Business debt of NevWest, Inc.**

---

**4.15 4**

**Yolanda Delavin**
Nonpriority Creditor's Name

**1617 Picket Fence Dr**
**Chula Vista, CA 91915-1851**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____          $0.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Business debt of NevWest, Inc.; No known personal liability**

---

Debtor 1 **Liburd, Alfredo**

Case number (if know) _____

| 4.15 5 | | |
|---|---|---|

**YRC Freight**
Nonpriority Creditor's Name

Last 4 digits of account number _____

$0.00

**PO Box 100129**
**Pasadena, CA 91189-0003**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Business debt of NevWest, Inc.; No known personal liability**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Acs/College Loan Corp**<br>**14303 Gateway Pl**<br>**Poway, CA 92064-7140** | Line **4.4** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number    **2322** |
| **Amex**<br>**PO Box 297871**<br>**Fort Lauderdale, FL 33329-7871** | Line **4.13** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number    **2743** |
| **Amex**<br>**9111 Duke Blvd**<br>**Mason, OH 45040-8999** | Line **4.14** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number    **5365** |
| **Bank of America**<br>**PO Box 982238**<br>**El Paso, TX 79998-2238** | Line **4.19** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number    **9870** |
| **Bank of America**<br>**PO Box 982238**<br>**El Paso, TX 79998-2238** | Line **4.20** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number    **8667** |
| **California Credit Unio**<br>**701 N Brand Blvd**<br>**Glendale, CA 91203-1295** | Line **4.28** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number    **3944** |
| **Cavalry Portfolio Services**<br>**PO Box 27288**<br>**Tempe, AZ 85285-7288** | Line **4.31** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number |

Official Form 106 E/F            Schedule E/F: Creditors Who Have Unsecured Claims            Page 54 of 56

Debtor 1   **Liburd, Alfredo**                                          Case number (if know)

**3927**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Chase Card**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | Line **4.32** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number                **9486** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Chase Card**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number                **8790** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Chase Card**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | Line **4.34** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number                **5097** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Diamond Resorts**<br>**10600 W Charleston Blvd**<br>**Las Vegas, NV 89135-1014** | Line **4.137** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number                **7099** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **EDD**<br>**PO Box 826806**<br>**Sacramento, CA 94206** | Line **4.75** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Fair Collections & Outsourcing**<br>**12304 Baltimore Ave Ste**<br>**Beltsville, MD 20705-1314** | Line **4.54** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number                **9019** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Fnb Omaha**<br>**PO Box 3412**<br>**Omaha, NE 68103-0412** | Line **4.58** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number                **9123** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Global Payments**<br>**PO Box 61158**<br>**Chicago, IL 60666** | Line **4.62** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number                **2927** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Home Depot/Citibank**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117-6497** | Line **4.36** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number                **0025** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Loanme Inc**<br>**1900 S State College Blvd**<br>**Anaheim, CA 92806-0101** | Line **4.82** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number                **9640** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Mabt - Genesis Retail**<br>**PO Box 4499**<br>**Beaverton, OR 97076-4499** | Line **4.84** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number                **8482** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1  **Liburd, Alfredo**                                                                 Case number (if known) _____

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Military Star**<br>**3911 S Walton Walker Blvd**<br>**Dallas, TX 75236-1509** | Line **4.90** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **9498** |
| **Navy Federal Cr Union**<br>**PO Box 3700**<br>**Merrifield, VA 22119-3700** | Line **4.94** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **4600** |
| **Navy Federal Cr Union**<br>**PO Box 3700**<br>**Merrifield, VA 22119-3700** | Line **4.95** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **0310** |
| **PPF Sudberry Ocean View Hills, LP**<br>**c/o Morgan Stanly, Attn: Chris**<br>**Killmar**<br>**555 California St Fl 21**<br>**San Francisco, CA 94104-1503** | Line **4.106** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Roy Remorin**<br>**6396 Plaza Cuernavaca**<br>**San Diego, CA 92114-7088** | Line **4.118** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number |
| **Towne Hill Apts** | Line **4.69** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number        **4648** |

**Part 4:  Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 144,012.89 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 144,012.89 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 893,239.87 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 893,239.87 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Alfredo Liburd** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1  **Coronado Beach Resort**<br>**PO Box 4068**<br>**Carlsbad, CA 92018-4068** | **Timeshare - 2 bedroom unit for 1 week per year** |
| 2.2  **Diamond Resorts International**<br>**10600 W Charleston Blvd**<br>**Las Vegas, NV 89135-1014** | **Timeshare for 1 week per year** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Alfredo Liburd** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                        12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

    ☐ No
    ■ Yes.

    In which community state or territory did you live? **CA** . Fill in the name and current address of that person.

    **Virginia Liburd**
    **2929 Butterfly Way**
    **Chula Vista, CA 91914-4322**
    Name of your spouse, former spouse, or legal equivalent
    Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1   **Chinita Liburd**<br>**2929 Butterfly Way**<br>**Chula Vista, CA 91914-4322** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.69**<br>☐ Schedule G _____<br>**HINDS JUSTICE COURT** |
| 3.2   **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line   **4.2**<br>☐ Schedule G _____<br>**ABC Metals** |

Debtor 1  **Liburd, Alfredo** _____    Case number *(if known)* _____

---

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.3  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.3**___<br>☐ Schedule G _____<br>**Acro Instruments Co** |
| 3.4  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.6**___<br>☐ Schedule G _____<br>**ADT** |
| 3.5  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.7**___<br>☐ Schedule G _____<br>**Airgas** |
| 3.6  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.8**___<br>☐ Schedule G _____<br>**Airgas USA, LLC** |
| 3.7  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.9**___<br>☐ Schedule G _____<br>**Alandas Chambers** |
| 3.8  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.10**___<br>☐ Schedule G _____<br>**Alaskan Copper & Brass Co** |
| 3.9  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.11**___<br>☐ Schedule G _____<br>**Alaskan Copper Companies** |

---

Debtor 1  **Liburd, Alfredo**                                    Case number *(if known)*  _____

▓ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10  **NevWest, Inc**<br>1225 Exposition Way Ste 140<br>San Diego, CA 92154-6663 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.12__<br>☐ Schedule G<br>**American Express** |
| 3.11  **NevWest, Inc**<br>1225 Exposition Way Ste 140<br>San Diego, CA 92154-6663 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.13__<br>☐ Schedule G _____<br>**Amex** |
| 3.12  **NevWest, Inc**<br>1225 Exposition Way Ste 140<br>San Diego, CA 92154-6663 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.15__<br>☐ Schedule G<br>**Amtrust North America, Inc.** |
| 3.13  **NevWest, Inc**<br>1225 Exposition Way Ste 140<br>San Diego, CA 92154-6663 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.16__<br>☐ Schedule G _____<br>**Aqua Chill of San Diego** |
| 3.14  **NevWest, Inc**<br>1225 Exposition Way Ste 140<br>San Diego, CA 92154-6663 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.17__<br>☐ Schedule G _____<br>**Arroyo Brothers** |
| 3.15  **NevWest, Inc**<br>1225 Exposition Way Ste 140<br>San Diego, CA 92154-6663 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.18__<br>☐ Schedule G _____<br>**AT&T** |
| 3.16  **NevWest, Inc**<br>1225 Exposition Way Ste 140<br>San Diego, CA 92154-6663 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.19__<br>☐ Schedule G _____<br>**Bank of America** |

Debtor 1  **Liburd, Alfredo**                                    Case number *(if known)*

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.17  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.21__<br>☐ Schedule G _____<br>**Bart Bryan** |
| 3.18  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.22__<br>☐ Schedule G _____<br>**BCSI** |
| 3.19  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.23__<br>☐ Schedule G _____<br>**Bellama Custom Metal Frabricators, Inc.** |
| 3.20  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.24__<br>☐ Schedule G _____<br>**BMW Financial Services** |
| 3.21  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.25__<br>☐ Schedule G _____<br>**BriarTek, Inc.** |
| 3.22  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.26__<br>☐ Schedule G _____<br>**Cal Plastic & Metals** |
| 3.23  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>**California Choice** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1  **Liburd, Alfredo**                                    Case number *(if known)*

| ▮ **Additional Page to List More Codebtors** | |
|---|---|
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |

3.24  **NevWest, Inc**
**1225 Exposition Way Ste 140**
**San Diego, CA 92154-6663**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.29**___
☐ Schedule G _____
**Carlson & Beauloye**

---

3.25  **NevWest, Inc**
**1225 Exposition Way Ste 140**
**San Diego, CA 92154-6663**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.30**___
☐ Schedule G _____
**Carroll Business Supply**

---

3.26  **NevWest, Inc**
**1225 Exposition Way Ste 140**
**San Diego, CA 92154-6663**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.32**___
☐ Schedule G _____
**Chase Card**

---

3.27  **NevWest, Inc**
**1225 Exposition Way Ste 140**
**San Diego, CA 92154-6663**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.33**___
☐ Schedule G _____
**Chase Card**

---

3.28  **NevWest, Inc**
**1225 Exposition Way Ste 140**
**San Diego, CA 92154-6663**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.37**___
☐ Schedule G _____
**City of San Diego**

---

3.29  **NevWest, Inc**
**1225 Exposition Way Ste 140**
**San Diego, CA 92154-6663**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.38**___
☐ Schedule G _____
**Clay Renick, Esq.**

---

3.30  **NevWest, Inc**
**1225 Exposition Way Ste 140**
**San Diego, CA 92154-6663**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.39**___
☐ Schedule G _____
**Clean Harbors Environmental Services**

---

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1    **Liburd, Alfredo**

Case number *(if known)*

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.31 **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.41___<br>☐ Schedule G _____<br>**Corporate Technologies** |
| 3.32 **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.42___<br>☐ Schedule G _____<br>**Cox Communications** |
| 3.33 **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.43___<br>☐ Schedule G _____<br>**Craters & Freight** |
| 3.34 **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.44___<br>☐ Schedule G _____<br>**Cummins Pacific, LLC** |
| 3.35 **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.45___<br>☐ Schedule G _____<br>**Curbell Plastics, Inc.** |
| 3.36 **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.46___<br>☐ Schedule G _____<br>**Detra Perkins** |
| 3.37 **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.48___<br>☐ Schedule G _____<br>**DLP Enterprises, Inc.** |

---

Debtor 1  **Liburd, Alfredo**                              Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.38   **NevWest, Inc**
       **1225 Exposition Way Ste 140**
       **San Diego, CA 92154-6663**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.49___
☐ Schedule G _____
**E.B. Bradley Co.**

---

3.39   **NevWest, Inc**
       **1225 Exposition Way Ste 140**
       **San Diego, CA 92154-6663**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.50___
☐ Schedule G _____
**Edco**

---

3.40   **NevWest, Inc**
       **1225 Exposition Way Ste 140**
       **San Diego, CA 92154-6663**

☐ Schedule D, line _____
■ Schedule E/F, line ___2.1___
☐ Schedule G _____
**EDD**

---

3.41   **NevWest, Inc**
       **1225 Exposition Way Ste 140**
       **San Diego, CA 92154-6663**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.51___
☐ Schedule G _____
**Eduardo Llanda**

---

3.42   **NevWest, Inc**
       **1225 Exposition Way Ste 140**
       **San Diego, CA 92154-6663**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.52___
☐ Schedule G _____
**Epsilon Systems Solutions**

---

3.43   **NevWest, Inc**
       **1225 Exposition Way Ste 140**
       **San Diego, CA 92154-6663**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.53___
☐ Schedule G _____
**Extron Electronics**

---

3.44   **NevWest, Inc**
       **1225 Exposition Way Ste 140**
       **San Diego, CA 92154-6663**

☐ Schedule D, line _____
■ Schedule E/F, line ___4.55___
☐ Schedule G _____
**Fastenal**

---

Debtor 1 __Liburd, Alfredo__                                         Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.45 **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.56___<br>☐ Schedule G<br>**FedEx** |
| 3.46 **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.57___<br>☐ Schedule G<br>**First Insurance Funding Corp.** |
| 3.47 **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.59___<br>☐ Schedule G<br>**First National Bank-Omaha** |
| 3.48 **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.61___<br>☐ Schedule G<br>**Geting USA, Inc.** |
| 3.49 **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.63___<br>☐ Schedule G<br>**Go2Marine.com** |
| 3.50 **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.64___<br>☐ Schedule G<br>**Godofredo Abril** |
| 3.51 **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.65___<br>☐ Schedule G<br>**Grainger** |

Debtor 1  **Liburd, Alfredo**                    Case number *(if known)* _____

---

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.52 **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.66**___<br>☐ Schedule G _____<br>**H.M. Pitt Labs, Inc.** |
| 3.53 **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.67**___<br>☐ Schedule G _____<br>**Handy Metal Mart** |
| 3.54 **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.68**___<br>☐ Schedule G _____<br>**Hayes Bolt & Supply** |
| 3.55 **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.70**___<br>☐ Schedule G _____<br>**Home Depot Credit Services** |
| 3.56 **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.71**___<br>☐ Schedule G _____<br>**Incept 3D** |
| 3.57 **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.72**___<br>☐ Schedule G _____<br>**Independent Testing & Consulting, Inc.** |
| 3.58 **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.73**___<br>☐ Schedule G _____<br>**Innovative Marine, Inc.** |

Debtor 1  **Liburd, Alfredo**                                    Case number *(if known)*

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.59  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.74___<br>☐ Schedule G _____<br>**Integon National Insurance Co.** |
| 3.60  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.75___<br>☐ Schedule G _____<br>**Internal Revenue Service** |
| 3.61  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.76___<br>☐ Schedule G _____<br>**Internal Revenue Service** |
| 3.62  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.77___<br>☐ Schedule G _____<br>**Internal Revenue Service** |
| 3.63  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.78___<br>☐ Schedule G _____<br>**Internal Revenue Service** |
| 3.64  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.79___<br>☐ Schedule G _____<br>**Konica Minolta** |
| 3.65  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.80___<br>☐ Schedule G _____<br>**Leonard Rosa** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1   **Liburd, Alfredo**                                      Case number *(if known)*

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.66   **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.81___<br>☐ Schedule G _____<br>**Liberty Mutual Insurance Co.** |
| 3.67   **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.83___<br>☐ Schedule G _____<br>**M & I Systems** |
| 3.68   **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.85___<br>☐ Schedule G _____<br>**Mamerto M. Mirador** |
| 3.69   **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.86___<br>☐ Schedule G _____<br>**Marine & Restaurant Fabricators** |
| 3.70   **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.87___<br>☐ Schedule G _____<br>**Marscot Marine & Industrial Supply** |
| 3.71   **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.88___<br>☐ Schedule G _____<br>**Material Sales, Inc.** |
| 3.72   **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.89___<br>☐ Schedule G _____<br>**Mercury Insurance Co.** |

Debtor 1  **Liburd, Alfredo**                                    Case number *(if known)*

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.73  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.92___<br>☐ Schedule G _____<br>**MSC Industrial Supply Co.** |
| 3.74  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.93___<br>☐ Schedule G _____<br>**MTW** |
| 3.75  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.94___<br>☐ Schedule G _____<br>**Navy Federal Credit Union** |
| 3.76  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.96___<br>☐ Schedule G _____<br>**Navy Federal Credit Union** |
| 3.77  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.97___<br>☐ Schedule G _____<br>**Noil USA, Inc.** |
| 3.78  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.98___<br>☐ Schedule G _____<br>**Office Depot** |
| 3.79  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.99___<br>☐ Schedule G _____<br>**Otay Mesa Sales, Inc.** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1  **Liburd, Alfredo**

Case number *(if known)*

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.80  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.100__<br>☐ Schedule G _____<br>**Pacific Maritime Industries Corp.** |
| 3.81  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.101__<br>☐ Schedule G _____<br>**Passport Health** |
| 3.82  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.102__<br>☐ Schedule G _____<br>**Pell Mell Supply** |
| 3.83  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.103__<br>☐ Schedule G _____<br>**Penske Truck Leasing Co** |
| 3.84  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.104__<br>☐ Schedule G _____<br>**Pilot Freight Services** |
| 3.85  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.105__<br>☐ Schedule G _____<br>**Port Supply** |
| 3.86  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.107__<br>☐ Schedule G _____<br>**Precision 4 Swiss Machining, Inc.** |

Debtor 1  **Liburd, Alfredo**                                        Case number *(if known)*

| | Additional Page to List More Codebtors |
|---|---|
| | *Column 1:* **Your codebtor** |

*Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

3.87  **NevWest, Inc**
**1225 Exposition Way Ste 140**
**San Diego, CA 92154-6663**

☐ Schedule D, line _____
■ Schedule E/F, line __4.108__
☐ Schedule G _____
**Prudential Overall Supply**

3.88  **NevWest, Inc**
**1225 Exposition Way Ste 140**
**San Diego, CA 92154-6663**

☐ Schedule D, line _____
■ Schedule E/F, line __4.109__
☐ Schedule G _____
**Pure Flo Water**

3.89  **NevWest, Inc**
**1225 Exposition Way Ste 140**
**San Diego, CA 92154-6663**

☐ Schedule D, line _____
■ Schedule E/F, line __4.110__
☐ Schedule G _____
**Pure Water Technology of San Diego**

3.90  **NevWest, Inc**
**1225 Exposition Way Ste 140**
**San Diego, CA 92154-6663**

☐ Schedule D, line _____
■ Schedule E/F, line __4.111__
☐ Schedule G _____
**Quality Lift**

3.91  **NevWest, Inc**
**1225 Exposition Way Ste 140**
**San Diego, CA 92154-6663**

☐ Schedule D, line _____
■ Schedule E/F, line __4.112__
☐ Schedule G _____
**Red-D-Arc, Inc.**

3.92  **NevWest, Inc**
**1225 Exposition Way Ste 140**
**San Diego, CA 92154-6663**

☐ Schedule D, line _____
■ Schedule E/F, line __4.113__
☐ Schedule G _____
**Reliable Pipe Supply Co., Inc.**

3.93  **NevWest, Inc**
**1225 Exposition Way Ste 140**
**San Diego, CA 92154-6663**

☐ Schedule D, line _____
■ Schedule E/F, line __4.114__
☐ Schedule G _____
**Reliance Metal Center**

Debtor 1  **Liburd, Alfredo** _____  Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.94  **NevWest, Inc**<br>1225 Exposition Way Ste 140<br>San Diego, CA 92154-6663 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.115__<br>☐ Schedule G _____<br>**Republic Brass Sales, Inc.** |
| 3.95  **NevWest, Inc**<br>1225 Exposition Way Ste 140<br>San Diego, CA 92154-6663 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.116__<br>☐ Schedule G _____<br>**Retail Capital Partners, LLC** |
| 3.96  **NevWest, Inc**<br>1225 Exposition Way Ste 140<br>San Diego, CA 92154-6663 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.117__<br>☐ Schedule G _____<br>**Ronald Cooley** |
| 3.97  **NevWest, Inc**<br>1225 Exposition Way Ste 140<br>San Diego, CA 92154-6663 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.118__<br>☐ Schedule G _____<br>**Roy Remorin** |
| 3.98  **NevWest, Inc**<br>1225 Exposition Way Ste 140<br>San Diego, CA 92154-6663 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.119__<br>☐ Schedule G _____<br>**S&S Portable Services, Inc.** |
| 3.99  **NevWest, Inc**<br>1225 Exposition Way Ste 140<br>San Diego, CA 92154-6663 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.120__<br>☐ Schedule G _____<br>**Safe Boats International** |
| 3.100  **NevWest, Inc**<br>1225 Exposition Way Ste 140<br>San Diego, CA 92154-6663 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.121__<br>☐ Schedule G _____<br>**Samuel Reyes** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1   **Liburd, Alfredo** _____   Case number *(if known)* _____

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10<br>1   **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.122**<br>☐ Schedule G _____<br>**San Diego Hydraulics** |
| 3.10<br>2   **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.123**<br>☐ Schedule G _____<br>**San Diego Police Department** |
| 3.10<br>3   **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.124**<br>☐ Schedule G _____<br>**SDG&E** |
| 3.10<br>4   **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.126**<br>☐ Schedule G _____<br>**Shizue Teshima** |
| 3.10<br>5   **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.127**<br>☐ Schedule G _____<br>**Sioux Rubber & Urethane** |
| 3.10<br>6   **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.128**<br>☐ Schedule G _____<br>**SoCal Machine, Inc.** |
| 3.10<br>7   **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>☑ Schedule E/F, line   **4.129**<br>☐ Schedule G _____<br>**Son-Zee** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1  **Liburd, Alfredo**                                    Case number *(if known)* _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.10 8  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.130___<br>☐ Schedule G _____<br>**South Bay Fence, Inc.** |
| 3.10 9  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.131___<br>☐ Schedule G _____<br>**South Coast Medical Clinic** |
| 3.11 0  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.132___<br>☐ Schedule G _____<br>**Sparkletts Water** |
| 3.11 1  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.133___<br>☐ Schedule G _____<br>**Spectrum Business** |
| 3.11 2  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.134___<br>☐ Schedule G _____<br>**Stoody Industrial & Welding Supply** |
| 3.11 3  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.135___<br>☐ Schedule G _____<br>**Strategic Value Media** |
| 3.11 4  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.136___<br>☐ Schedule G _____<br>**Stuart Teshima** |

Debtor 1  **Liburd, Alfredo**                                    Case number *(if known)*

---

■ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.115  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.138___<br>☐ Schedule G _____<br>**TUFF** |
| 3.116  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.139___<br>☐ Schedule G _____<br>**Two Bit Towing** |
| 3.117  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.141___<br>☐ Schedule G _____<br>**United Site Services** |
| 3.118  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.142___<br>☐ Schedule G _____<br>**Universal Printing Solutions, Inc.** |
| 3.119  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.145___<br>☐ Schedule G _____<br>**Valve Automation & Control** |
| 3.120  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.146___<br>☐ Schedule G _____<br>**Verizon Wireless** |
| 3.121  **NevWest, Inc**<br>**1225 Exposition Way Ste 140**<br>**San Diego, CA 92154-6663** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.147___<br>☐ Schedule G _____<br>**Vidmar** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1  **Liburd, Alfredo** _____    Case number *(if known)* _____

---

▮  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.12 2  **NevWest, Inc**
**1225 Exposition Way Ste 140**
**San Diego, CA 92154-6663**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.148**___
☐ Schedule G _____
**W & O Supply, Inc.**

---

3.12 3  **NevWest, Inc**
**1225 Exposition Way Ste 140**
**San Diego, CA 92154-6663**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.149**___
☐ Schedule G _____
**West Air Gases & Equipment**

---

3.12 4  **NevWest, Inc**
**1225 Exposition Way Ste 140**
**San Diego, CA 92154-6663**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.150**___
☐ Schedule G _____
**West Marine**

---

3.12 5  **NevWest, Inc**
**1225 Exposition Way Ste 140**
**San Diego, CA 92154-6663**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.151**___
☐ Schedule G _____
**Western Hose & Gasket**

---

3.12 6  **NevWest, Inc**
**1225 Exposition Way Ste 140**
**San Diego, CA 92154-6663**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.152**___
☐ Schedule G _____
**Willy's Electronic**

---

3.12 7  **NevWest, Inc**
**1225 Exposition Way Ste 140**
**San Diego, CA 92154-6663**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.153**___
☐ Schedule G _____
**Wing Inflatables, Inc.**

---

3.12 8  **NevWest, Inc**
**1225 Exposition Way Ste 140**
**San Diego, CA 92154-6663**

☐ Schedule D, line _____
☒ Schedule E/F, line ___**4.154**___
☐ Schedule G _____
**Yolanda Delavin**

---

Debtor 1  **Liburd, Alfredo** _____  Case number *(if known)* _____

| ▮ | Additional Page to List More Codebtors | |
|---|---|---|
| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.12
9

**NevWest, Inc**
**1225 Exposition Way Ste 140**
**San Diego, CA 92154-6663**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.155**___
☐ Schedule G _____
**YRC Freight**

---

3.13
0

**Virginia Liburd**
**2929 Butterfly Way**
**Chula Vista, CA 91914-4322**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.28**___
☐ Schedule G _____
**California Credit Union**

---

3.13
1

**Virginia Liburd**
**2929 Butterfly Way**
**Chula Vista, CA 91914-4322**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.31**___
☐ Schedule G _____
**Cavalry Portfolio Services**

---

3.13
2

**Virginia Liburd**
**2929 Butterfly Way**
**Chula Vista, CA 91914-4322**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.32**___
☐ Schedule G _____
**Chase Card**

---

3.13
3

**Virginia Liburd**
**2929 Butterfly Way**
**Chula Vista, CA 91914-4322**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.34**___
☐ Schedule G _____
**Chase Card**

---

3.13
4

**Virginia Liburd**
**2929 Butterfly Way**
**Chula Vista, CA 91914-4322**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.36**___
☐ Schedule G _____
**Citibank/the Home Depot**

---

3.13
5

**Virginia Liburd**
**2929 Butterfly Way**
**Chula Vista, CA 91914-4322**

☐ Schedule D, line _____
■ Schedule E/F, line ___**4.58**___
☐ Schedule G _____
**First National Bank**

---

Debtor 1  **Liburd, Alfredo**

Case number *(if known)* _____

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.13<br>6 | **Virginia Liburd**<br>**2929 Butterfly Way**<br>**Chula Vista, CA 91914-4322** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**2.2**___<br>☐ Schedule G _____<br>**Internal Revenue Service** |
| 3.13<br>7 | **Virginia Liburd**<br>**2929 Butterfly Way**<br>**Chula Vista, CA 91914-4322** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.125**___<br>☐ Schedule G _____<br>**Sears/CBN** |
| 3.13<br>8 | **Virginia Liburd**<br>**2929 Butterfly Way**<br>**Chula Vista, CA 91914-4322** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.137**___<br>☐ Schedule G _____<br>**Sunterra Financial Services, Inc.** |
| 3.13<br>9 | **Virginia Liburd**<br>**2929 Butterfly Way**<br>**Chula Vista, CA 91914-4322** | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>■ Schedule G ___**2.1**___<br>**Coronado Beach Resort** |

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Alfredo Liburd** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION |
| Case number (If known) | |

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed | ☐ Employed |
| | | ■ Not employed | ■ Not employed |
| Occupation | | | |
| Employer's name | | | |
| Employer's address | | | |
| How long employed there? | | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross Income.** Add line 2 + line 3. | 4. | $ 0.00 | $ 0.00 |

Debtor 1  **Liburd, Alfredo**                                              Case number (*if known*)

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 0.00 | $ 0.00 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ 0.00 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ 0.00 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. **Insurance** | 5e. | $ 0.00 | $ 0.00 |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 0.00   $ 0.00

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.   8a.   $ 0.00   $ 0.00

8b. **Interest and dividends**   8b.   $ 0.00   $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.   8c.   $ 0.00   $ 0.00

8d. **Unemployment compensation**   8d.   $ 0.00   $ 0.00

8e. **Social Security**   8e.   $ 2,288.00   $ 766.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____   8f.   $ 0.00   $ 0.00

8g. **Pension or retirement income**   8g.   $ 2,396.00   $ 0.00

8h. **Other monthly income.** Specify: **VA Benefits**   8h.+   $ 1,748.71 +   $ 0.00

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 6,432.71   $ 766.00

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 6,432.71 + $ 766.00 = $ 7,198.71
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in** *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____   11.   +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   12.   $ 7,198.71
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:  **Debtor does not anticipate receiving any significant future income from NevWest, Inc.**

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Alfredo Liburd** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION |
| Case number (if known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses                                              12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**   ☐ No

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents names.

   ■ Yes. Fill out this information for each dependent..............

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | wife | 69 | ☐ No   ■ Yes |
   | | | ☐ No   ☐ Yes |
   | | | ☐ No   ☐ Yes |
   | | | ☐ No   ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**   ■ No   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 4,352.65 |
| | **If not included in line 4:** | | |
| 4a. | Real estate taxes | 4a. $ | 0.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 150.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 215.00 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ | 0.00 |

Debtor 1  **Liburd, Alfredo**                                        Case number (if known) _____

6. **Utilities:**
    6a.   Electricity, heat, natural gas                                     6a.  $ **460.00**
    6b.   Water, sewer, garbage collection                               6b.  $ **486.00**
    6c.   Telephone, cell phone, Internet, satellite, and cable services       6c.  $ **130.00**
    6d.   Other. Specify:   **Cell Phones**                         6d.  $ **217.00**
             **Garbage**                                         $ **29.00**
7. **Food and housekeeping supplies**                           7.  $ **1,000.00**
8. **Childcare and children's education costs**                   8.  $ **0.00**
9. **Clothing, laundry, and dry cleaning**                      9.  $ **86.00**
10. **Personal care products and services**                    10.  $ **150.00**
11. **Medical and dental expenses**                         11.  $ **120.00**
12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.                               12.  $ **350.00**
13. **Entertainment, clubs, recreation, newspapers, magazines, and books**  13.  $ **70.00**
14. **Charitable contributions and religious donations**            14.  $ **175.00**
15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a.   Life insurance                                         15a.  $ **0.00**
    15b.   Health insurance                                   15b.  $ **0.00**
    15c.   Vehicle insurance                                 15c.  $ **89.00**
    15d.   Other insurance. Specify: _____    15d.  $ **0.00**
16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:   **IRS Tax Allotment for 2014 personal tax liab.**    16.  $ **700.00**
17. **Installment or lease payments:**
    17a.   Car payments for Vehicle 1                        17a.  $ **603.00**
    17b.   Car payments for Vehicle 2                        17b.  $ **0.00**
    17c.   Other. Specify: _____      17c.  $ **0.00**
    17d.   Other. Specify: _____      17d.  $ **0.00**
18. **Your payments of alimony, maintenance, and support that you did not report as
    deducted from your pay on line 5,** *Schedule I, Your Income* **(Official Form 106I).**  18.  $ **0.00**
19. **Other payments you make to support others who do not live with you.**         $ **0.00**
    Specify: _____      19.
20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*
    20a.   Mortgages on other property                       20a.  $ **0.00**
    20b.   Real estate taxes                                20b.  $ **0.00**
    20c.   Property, homeowner's, or renter's insurance          20c.  $ **0.00**
    20d.   Maintenance, repair, and upkeep expenses          20d.  $ **0.00**
    20e.   Homeowner's association or condominium dues     20e.  $ **0.00**
21. **Other:** Specify:   **Vehicle Tags**                    21.  +$ **32.00**
    **Tax preparation**                                  +$ **44.00**

22. **Calculate your monthly expenses**
    22a. Add lines 4 through 21.                          $ **9,458.65**
    22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2   $
    22c. Add line 22a and 22b.  The result is your monthly expenses.     $ **9,458.65**

23. **Calculate your monthly net income.**
    23a. Copy line 12 *(your combined monthly income)* from Schedule I.     23a.  $ **7,198.71**
    23b. Copy your monthly expenses from line 22c above.       23b.  -$ **9,458.65**
    23c. Subtract your monthly expenses from your income.
         The result is your *monthly net income.*              23c.  $ **-2,259.94**

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a
    modification to the terms of your mortgage?
    ☐ No.
    ■ Yes.    | Explain here:**Historically, Debtor has tithed to his church on a regular basis.** |

**Fill in this information to identify your case:**

Debtor 1     **Alfredo Liburd**
               First Name             Middle Name           Last Name

Debtor 2
(Spouse if, filing)    First Name             Middle Name           Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

Case number
(if known)

☐ Check if this is an
     amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Sign Below**

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Alfredo Liburd**               X _____
   **Alfredo Liburd**                      Signature of Debtor 2
   Signature of Debtor 1

Date   **December 8, 2017**          Date _____

**Fill in this information to identify your case:**

Debtor 1    **Alfredo Liburd**
           First Name           Middle Name           Last Name

Debtor 2
(Spouse if, filing)    First Name           Middle Name           Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION

Case number
(if known)    _____

☐ Check if this is an
     amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    **Give Details About Your Marital Status and Where You Lived Before**

1. **What is your current marital status?**

   ■ Married
   ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**    **Explain the Sources of Your Income**

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | **$120,000.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1   **Liburd, Alfredo**                                         Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>(January 1 to December 31, 2016 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $118,500.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015 ) | ■ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | $162,736.00 | ☐ Wages, commissions, bonuses, tips<br><br>☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | **2017 YTD 2017 YTD Navy Retirement Income ($2,396.00/mo.), VA Income ($1,748.71/mo.), Social Security Income ($2,288.00) and Non-filing Spouse's Social Security Income ($766.00).** | $86,384.52 | | |
| **For last calendar year:**<br>(January 1 to December 31, 2016 ) | **2016 Retirement Income ($22,214.00), Social Security Benefits ($2,417.00), Gambling Winnings ($391,486.00), S-Corporation (loss of $500,526.00)** | $-84,349.00 | | |
| **For the calendar year before that:**<br>(January 1 to December 31, 2015 ) | **2015 Retirement Income ($21,620.00), Social Security Benefits ($10,625.00), Gambling Winnings ($630,253.00), S-Corporation (loss of $211,646.00)** | $450,852.00 | | |

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1    **Liburd, Alfredo**                                              Case number *(if known)*

---

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6.    Are either Debtor 1's or Debtor 2's debts primarily consumer debts?

■    No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

■    No.    Go to line 7.

☐    Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

        * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☐    Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐    No.    Go to line 7.

☐    Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| | | | | |

7.    **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☐    No
■    Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| **Kenrick Liburd** | **Spring, 2017** | **$1,000.00** | **$0.00** | **Repayment of personal loan** |

8.    **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

■    No
☐    Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|
| | | | | |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.    **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐    No
■    Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Retail Capital Partners, LLC v. Newvest, Inc. and Alfredo Liburd 2016-00045886-CU-BC-CTL** | **Breach of Contract** | **San Diego Superior Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor 1   **Liburd, Alfredo**                                                                 Case number *(if known)*

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Roy Remorin, et al. v. Nevwest, Inc. and Alfredo Liburd** 2017-00008699-CU-OE-CTL | **Employment-related causes of action** | **San Diego Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |
| **Alaskan Copper Companies v. Nevwest, Inc. and Alfredo Liburd** 2017-00005495-CL-CL-CTL | **Breach of Contract** | **San Diego Superior Court** | ■ Pending ☐ On appeal ☐ Concluded |
| **Wing Inflatables, Inc. v. Nevwest, Inc. et al.** L17-01272 | **Breach of contract** | **Contra Costa Co. Superior Court** | ☐ Pending ☐ On appeal ■ Concluded |
| **United States of America v. Liburd** 17CR2189-JLS | **Conflict of Interest** | **United States District Court** | ☐ Pending ☐ On appeal ■ Concluded **Nominal fine imposed and paid** |
| **Notice of Default and Election to Sell recorded by Rolling Hills Ranch II HOA** | **Non-Judicial Foreclosure** | **None** | ■ Pending ☐ On appeal ☐ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?** Check all that apply and fill in the details below.

   ■ No. Go to line 11.
   ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

   ■ No
   ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

   ■ No
   ☐ Yes

**Part 5:    List Certain Gifts and Contributions**

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

   ■ No
   ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| | | | |

| Debtor 1 | Liburd, Alfredo | | Case number *(if known)* | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☐ No
☑ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>Address **(Number, Street, City, State and ZIP Code)** | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| Cornerstone Church | Regular Tithing | Various | $550.00 |

---

**Part 6:   List Certain Losses**

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☐ No
☑ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|
| Gambling losses for 2017 | | Various | $138,731.55 |

---

**Part 7:   List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Diane H. Gibson, Attorney at Law<br>2755 Jefferson St Ste 203<br>Carlsbad, CA 92008-1714 | Attorney's Fee - $3,000.00<br>Filing Fee - $335.00<br>Credit Reports - $70.00<br>Homestead Recording Fee - $21.00 | October,<br>November &<br>December,<br>2017 | $3,426.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1   **Liburd, Alfredo**                                                    Case number *(if known)*

| Person Who Received Transfer Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Leonard Rosa**<br>**9415 Avenida Acero**<br>**Spring Valley, CA 91977-6003**<br><br>**None** | **Real property located at 9415 Avenida Acero Spring Valley, CA 91977-6003** | **Debtor transferred title to Mr. Rosa on 9-29-17 in accordance with the parties' written rent-to-own contract. Debtor received net proceeds of $22,000.00 during 2016.  Mr. Rosa still owes Debtor $6,000.00 on the contract.** | **9-29-17** |
| **Subaru Dealership**<br><br>**None** | **1999 Ford F-350 Super Duty truck with 210,000 miles** | **Debtor recieved $2,600.00** | **November, 2017** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
- ■ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Part 8: **Part 8:**   List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

- ■ No
- ☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:**   Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for**

| Debtor 1 | **Liburd, Alfredo** | Case number *(if known)* | |
|---|---|---|---|

someone.

■ **No**
☐ **Yes.  Fill in the details.**

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

---

**Part 10:  Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.  Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25.  Have you notified any governmental unit of any release of hazardous material?

■ **No**
☐ **Yes. Fill in the details.**

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26.  Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ **No**
☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>**Address** (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:  Give Details About Your Business or Connections to Any Business**

27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1   **Liburd, Alfredo**                                       Case number *(if known)*

☐  **No. None of the above applies.  Go to Part 12.**

■  **Yes. Check all that apply above and fill in the details below for each business.**

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| NevWest, Inc.<br>1225 Exposition Way Ste 140<br>San Diego, CA 92154-6663 | Maintenance and repair of electrical equipment associated with naval ships.<br><br>BRS Tax N Bookkeeping | EIN:   36-4679072<br><br>From-To   Business formed in 2002; active between 2010 - present |

28.  **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐  **No**

■  **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| Retail Capital Partners, LLC | 2015 |
| Knight Capital | 2015 |

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Alfredo Liburd**

**Alfredo Liburd**                                          **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **December  8, 2017**                        Date

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
■ No
☐ Yes. Name of Person_____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Alfredo Liburd** |
| | First Name  Middle Name  Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name  Middle Name  Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF CALIFORNIA, SAN DIEGO DIVISION |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7          12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Freedom Mortgage Corp**<br><br>Description of property securing debt: **2929 Butterfly Way, Chula Vista, CA 91914-4322** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Seek loan modification or retain & pay pursuant to contract** | ☐ No<br><br>■ Yes |
| Creditor's name: **MB Financial Services**<br><br>Description of property securing debt: **2012 Mercedes-Benz E-Class** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Retain and pay pursuant to contract** | ■ No<br><br>☐ Yes |

| Part 2: | List Your Unexpired Personal Property Leases |
|---|---|

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|

Software Copyright (c) 1996-2017 CIN Group - www.cincompass.com

Debtor 1    **Liburd, Alfredo**                                      Case number *(if known)* _____

Lessor's name:        **Coronado Beach Resort**                        ☐ No

                                                                       ☑ Yes

Description of leased   **Timeshare - 2 bedroom unit for 1 week per year**
Property:

Lessor's name:        **Diamond Resorts International**                 ☑ No

                                                                       ☐ Yes

Description of leased   **Timeshare for 1 week per year**
Property:

---

| Part 3: | Sign Below |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

**X**  **/s/ Alfredo Liburd** _____         **X** _____
       **Alfredo Liburd**                                        Signature of Debtor 2
       Signature of Debtor 1

       Date    **December  8, 2017** _____         Date _____

Official Form 108              **Statement of Intention for Individuals Filing Under Chapter 7**              page 2

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Fill in this information to identify your case:**

Debtor 1 **Alfredo Liburd**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of California, San Diego Division

Case number
(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A – 1
## Chapter 7 Statement of Your Current Monthly Income                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:     Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3 | $ _____ | $ _____ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from a business, profession, or farm | $ _____ | Copy here -> $ _____ | $ _____ |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | -$ _____ | | |
| Net monthly income from rental or other real property | $ _____ | Copy here -> $ _____ | $ _____ |

| 7. **Interest, dividends, and royalties** | $ _____ | $ _____ |
|---|---|---|

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

Debtor 1   __Liburd, Alfredo_____   Case number (*if known*) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**8. Unemployment compensation**  $ _____   $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ................................................ $ _____

For your spouse ................................... $ _____

**9. Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act.   $ _____   $ _____

**10. Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

. _____   $ _____   $ _____

_____   $ _____   $ _____

Total amounts from separate pages, if any.   + $ _____   $ _____

**11. Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$ _____ + $ _____ = $ _____

Total current monthly income

---

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 .......... Copy line 11 here=>   $ _____

Multiply by 12 (the number of months in a year)   **x 12**

12b. The result is your annual income for this part of the form   12b.   $ _____

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.   [_____]

Fill in the number of people in your household.   [_____]

Fill in the median family income for your state and size of household.   13.   $ _____

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a.  ☐  Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3.

14b.  ☐  Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A-2.

---

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** __/s/ Alfredo Liburd_____

**Alfredo Liburd**
Signature of Debtor 1

Date   __December  8, 2017_____
MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

---

Software Copyright (c) 1996-2016 CIN Group - www.cincompass.com

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **Alfredo Liburd** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Southern District of California, San Diego Division |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* **(Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 If you believe that this is required by 11 U.S.C. § 707(b)(2)(C).**

**Part 1        Identify the Kind of Debts You Have**

1. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

   ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

   ☐ Yes.   Go to Part 2.

**Part 2:        Determine Whether Military Service Provisions Apply to You**

2. **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

   ☐ No.    Go to line 3.

   ☐ Yes.   Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.    Go to line 3.

      ☐ Yes.   Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3. **Are you or have you been a Reservist or member of the National Guard?**

   ☐ No.    Complete Form 122A-1. Do not submit this supplement.

   ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

      ☐ No.    Complete Form 122A-1. Do not submit this supplement.

      ☐ Yes.   Check any one of the following categories that applies:

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

         ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

         ☐ **I am performing a homeland defense activity for at least 90 days.**

         ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

> If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).
>
> If your exclusion period ends before your case is closed, you may have to file an amended form later.

Software Copyright (c) 1996-2014 CIN Group - www.cincompass.com

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Southern District of California, San Diego Division

In re    **Liburd, Alfredo** _____

Debtor(s)    Case No. _____

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept .................................................... $ _____**3,000.00**

    Prior to the filing of this statement I have received ...................................... $ _____**3,000.00**

    Balance Due ..................................................................................................... $ _____**0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law
    firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **U.S. Trustee Southern District of California Rights and Responsibilities of Chapter 7 Debtors and Their Attorney
        incorporated herein by reference.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Adversary proceedings, relief from stay motions, defending against actions by the Trustee, the U.S. Trustee,
    and creditors, home loan modification, voiding of liens in real property, excessive negotiations or discussions
    with creditors, preparing and filing of amendments and conducting or defending Rule 2004 examinations.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**December  8, 2017** _____

_Date_

**/s/ Diane H. Gibson** _____

**Diane H. Gibson**

_Signature of Attorney_

**Diane H. Gibson, Attorney at Law**

**2755 Jefferson St Ste 203**
**Carlsbad, CA 92008-1714**
**(760) 720-0080   Fax: (760) 434-6832**
**dgibsonlaw@gmail.com**

_Name of law firm_

---

**United States Bankruptcy Court**
**Southern District of California, San Diego Division**

**IN RE:**                                                    Case No. _____

Liburd, Alfredo                                         Chapter **7** _____
_____
                    Debtor(s)

**VERIFICATION OF CREDITOR MATRIX**

PART I (check and complete one):

☑ New petition filed. Creditor <u>diskette</u> required.              TOTAL NO. OF CREDITORS: _____ **169**

☐ Conversion filed on _____. *See instructions on reverse side.*

   ☐ Former Chapter 13 converting. Creditor <u>diskette</u> required.    TOTAL NO. OF CREDITORS: _____
   ☐ Post-petition creditors added. <u>Scannable</u> matrix required.
   ☐ There are no post-petition creditors. No matrix required.

☐ Amendment or Balance of Schedules filed concurrently with this original scannable matrix affecting Schedule of Debts and/or Schedule of Equity Security Holders. *See instructions on reverse side.*

   ☐ Name and addresses are being ADDED.
   ☐ Name and addresses are being DELETED.
   ☐ Name and addresses are being CORRECTED.

PART II (check one)

☑ The above-name Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my (our) knowledge.

☐ The above-name Debtor(s) hereby verifies that there are no post-petition creditors affected by the filing of the conversion of this case and that the filing of a matrix is not required.

Date: **December  8, 2017** _____        */s/ Alfredo Liburd* _____
                                                          Debtor

                                              _____
                                                          Joint Debtor

© 2017 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

A1 Alloys
3330 Beyer Blvd Ste F
San Diego, CA  92173-1351


ABC Metals
1401 Cleveland Ave
National City, CA  91950-4208


Acro Instruments Co
1121 Coolidge Ave
National City, CA  91950-3226


ACS/College Loan Corp
ACS/Education Services
PO Box 7051
Utica, NY  13504-7051


ACS/College Loan Corp
14303 Gateway Pl
Poway, CA  92064-7140


ADT
SKO Brenner American
PO Box 9320
Baldwin, NY  11510-9320


Airgas
PO Box 7423
Pasadena, CA  91109-7423

Airgas USA, LLC
PO Box 802576
Chicago, IL  60680-2576


Alandas Chambers
25310 Water Wheel Ct
Menifee, CA  92584-9610


Alaskan Copper & Brass Co
PO Box 749791
Los Angeles, CA  90074-9791


Alaskan Copper Companies
c/o ALAN L. BRODKIN & ASSOC.
15500 Rockfield Blvd Ste B
Irvine, CA  92618-2722


American Express
PO Box 0001
Los Angeles, CA  90096-8000


Amex
Correspondence
PO Box 981540
El Paso, TX  79998-1540


Amex
PO Box 297871
Fort Lauderdale, FL  33329-7871

```
Amex
9111 Duke Blvd
Mason, OH   45040-8999


Amtrust North America, Inc.
PO Box 6939
Cleveland, OH   44101-1939


Aqua Chill of San Diego
PO Box 502124
San Diego, CA   92150-2124


Arroyo Brothers
128 National City Blvd
National City, CA   91950-1107


AT&T
PO Box 5019
Carol Stream, IL   60197-5019


Bank of America
NC4-105-03-14
PO Box 26012
Greensboro, NC   27420-6012


Bank of America
PO Box 982238
El Paso, TX   79998-2238
```

Bart Bryan
12001 Woodside Ave
Lakeside, CA  92040-2948


BCSI
PO Box 100391
Pasadena, CA  91189-0003


Bellama Custom Metal Frabricators, Inc.
3129 Main St
Chula Vista, CA  91911-5705


BMW Financial Services
c/o Accounts Receiveable Technologies
377 Hoes Ln Ste 200
Piscataway, NJ  08854-4155


BriarTek, Inc.
3129 Mount Vernon Ave
Alexandria, VA  22305-2640


Cal Plastic & Metals
Curbell Plastics, Inc.
632 Marsat Ct
Chula Vista, CA  91911-4688


California Choice
PO Box 7088
Orange, CA  92863-7088

California Credit Unio
701 N Brand Blvd
Glendale, CA  91203-1295


California Credit Union
Attn:Legal Dept
PO Box 29100
Glendale, CA  91209-9100


Carlson & Beauloye
2141 Newton Ave
San Diego, CA  92113-2210


Carroll Business Supply
PO Box 1425
El Cajon, CA  92022-1425


Cavalry Portfolio Services
ATTN: Bankruptcy Department
500 Summit Lake Dr Ste 400
Valhalla, NY  10595-1340


Cavalry Portfolio Services
PO Box 27288
Tempe, AZ  85285-7288


Chase Card
PO Box 15298
Wilmington, DE  19850-5298

```
Chase Card
Attn: Correspondence Dept
PO Box 15298
Wilmington, DE  19850-5298


Citibank/the Home Depot
Centralized Bankruptcy
PO Box 790040
Saint Louis, MO  63179-0040


City of San Diego
PO Box 12153
San Diego, CA  92112-3153


Clay Renick, Esq.
7040 Avenida Encinas Ste 104-285
Carlsbad, CA  92011-4652


Clean Harbors Environmental Services
3495 Kurtz St
San Diego, CA  92110-4430


Coronado Beach Resort
PO Box 4068
Carlsbad, CA  92018-4068


Corporate Technologies
PO Box 9022
Fargo, ND  58106-9022
```

Cox Communications
PO Box 53214
Phoenix, AZ  85072-3214


Craters & Freight
6500 Federal Blvd
Lemon Grove, CA  91945-1311


Cummins Pacific, LLC
310 N Johnson Ave
El Cajon, CA  92020-3114


Curbell Plastics, Inc.
632 Marsat Ct
Chula Vista, CA  91911-4688


Detra Perkins
20326 Amantha Ave
Carson, CA  90746-3144


Diamond Resorts
10600 W Charleston Blvd
Las Vegas, NV  89135-1014


Diamond Resorts International
10600 W Charleston Blvd
Las Vegas, NV  89135-1014

DLP Enterprises, Inc.
Attn: Denise Paige
820 Greenbrier Cir Ste D
Chesapeake, VA  23320-2646


E.B. Bradley Co.
9586 Distribution Ave Ste M-N
San Diego, CA  92121-2312


Edco
6670 Federal Blvd
Lemon Grove, CA  91945-1312


EDD
PO Box 826806
Sacramento, CA  94206-0000


Eduardo Llanda
c/o POPE, BERGER, et al.
401 B St Ste 2000
San Diego, CA  92101-4240


Epsilon Systems Solutions
9242 Lightwave Ave Ste 100
San Diego, CA  92123-6402


Extron Electronics
PO Box 513206
Los Angeles, CA  90051-1206

```
Fair Collections & Outsourcing
12304 Baltimore Ave Ste E
Beltsville, MD  20705-1314


Fair Collections & Outsourcing
12304 Baltimore Ave Ste
Beltsville, MD  20705-1314


Fastenal
PO Box 978
Winona, MN  55987-0978


FedEx
PO Box 7221
Pasadena, CA  91109-7321


First Insurance Funding Corp.
PO Box 66468
Chicago, IL  60666-0468


First National Bank
Attn: FNN Legal Dept
1620 Dodge St
Omaha, NE  68102-1593


First National Bank-Omaha
PO Box 2818
Omaha, NE  68103-2818
```

Fnb Omaha
PO Box 3412
Omaha, NE   68103-0412


Freedom Mortgage Corp
10500 Kincaid Dr
Fishers, IN   46037-9749


Freedom Mortgage Corp
Attn: Bankruptcy
PO Box 489
Mount Laurel, NJ   08054-0489


Garcia Dental, Inc.
1270 Picador Blvd Ste L
San Diego, CA   92154-3565


Geting USA, Inc.
1777 E Henrietta Rd
Rochester, NY   14623-3133


Global Payments
PO Box 61158
Chicago, IL   60666


Global Payments Check
PO Box 59371
Chicago, IL   60659-0371

Go2Marine.com
19351 8th Ave NE # 101
Poulsbo, WA  98370-8710


Godofredo Abril
c/o POPE, BERGER, et al.
401 B St Ste 2000
San Diego, CA  92101-4240


Grainger
PO Box 882409733
Palatine, IL  60038


H.M. Pitt Labs, Inc.
2434 Southport Way Ste L
National City, CA  91950-8796


Handy Metal Mart
PO Box 13666
San Diego, CA  92170-3666


Hayes Bolt & Supply
2950 National Ave
San Diego, CA  92113-2420


HINDS JUSTICE COURT
407 E Pascagoula St
Jackson, MS  39201-4206

Home Depot Credit Services
Centralized Bankruptcy
PO Box 790040
Saint Louis, MO  63179-0040


Home Depot/Citibank
PO Box 6497
Sioux Falls, SD  57117-6497


Incept 3D
8909 Complex Dr Ste D
San Diego, CA  92123-1418


Independent Testing & Consulting, Inc.
PO Box 539
Holmdel, NJ  07733-0539


Innovative Marine, Inc.
3373 National Ave
San Diego, CA  92113-2638


Integon National Insurance Co.
PO Box 9007
Carlsbad, CA  92018-9007


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA  19101-7346

Konica Minolta
PO Box 100706
Pasadena, CA   91189-0003


Leonard Rosa
10371 Frank Ln
Santee, CA   92071-2782


Liberty Mutual Insurance Co.
PO Box 85834
San Diego, CA   92186-5834


Loanme Inc
1900 S State College Blvd
Anaheim, CA   92806-0101


LoanMe, Inc.
1900 S State St Ste 300
Anaheim, CA   92806


M & I Systems
1475 NW 85th St
Seattle, WA   98117-4237


Mabt - Genesis Retail
Bankcard Services
PO Box 4477
Beaverton, OR   97076-4401

Mabt - Genesis Retail
PO Box 4499
Beaverton, OR  97076-4499


Mamerto M. Mirador
725 Paso de Luz # 113
Chula Vista, CA  91911-8821


Marine & Restaurant Fabricators
3768 Dalbergia St
San Diego, CA  92113-3815


Marscot Marine & Industrial Supply
2446 Main St Ste V
Chula Vista, CA  91911-4669


Material Sales, Inc.
1540 McKinley Ave
National City, CA  91950-4218


MB Financial Services
36455 Corporate Dr
Farmington Hills, MI  48331-3552


Mercury Insurance Co.
11000 Eucalyptus St
Rancho Cucamonga, CA  91730-7663

Military Star
3911 S Walton Walker Blvd
Dallas, TX  75236-1509


Military Star/Aafes
Attention: Bankruptcy
PO Box 650060
Dallas, TX  75265-0060


Mor Furniture For Less
Attn: Bankruptcy
6965 Consolidated Way
San Diego, CA  92121-2603


MSC Industrial Supply Co.
c/o ALAN L. BRODKIN & ASSOC.
15500 Rockfield Blvd Ste B
Irvine, CA  92618-2722


MTW
330 Trousdale Dr Ste A
Chula Vista, CA  91910-1077


Navy Federal Cr Union
PO Box 3700
Merrifield, VA  22119-3700


Navy Federal Credit Union
PO Box 3700
Merrifield, VA  22119

```
Navy Federal Credit Union
Attn: Bankruptcy
PO Box 3000
Merrifield, VA  22119-3000


NevWest, Inc
1225 Exposition Way Ste 140
San Diego, CA  92154-6663


Noil USA, Inc.
1605 Cactus Rd
San Diego, CA  92154-8102


Office Depot
PO Box 689020
Des Moines, IA  50368-9020


Otay Mesa Sales, Inc.
1596 Radar Rd
San Diego, CA  92154-7815


Pacific Maritime Industries Corp.
1790 Dornoch Ct
San Diego, CA  92154-7206


Passport Health
2525 Camino del Rio S Ste 325
San Diego, CA  92108-3784
```

Pell Mell Supply
1305 Wilson Ave
National City, CA  91950-4349


Penske Truck Leasing Co
PO Box 7429
Pasadena, CA  91109-7429


Pilot Freight Services
9340 Cabot Dr Ste I
San Diego, CA  92126-4397


Port Supply
630 Bay Blvd Ste 103
Chula Vista, CA  91910-5262


PPF Sudberry Ocean View Hills, LP
c/o Kearny Property Services, Inc.
1900 Avenue of the Stars Ste 320
Los Angeles, CA  90067-4305


PPF Sudberry Ocean View Hills, LP
c/o Morgan Stanly, Attn: Chris Killmar
555 California St Fl 21
San Francisco, CA  94104-1503


Precision 4 Swiss Machining, Inc.
1253 Activity Dr Ste C
Vista, CA  92081-8516

Prudential Overall Supply
PO Box 11210
Santa Ana, CA  92711-1210


Pure Flo Water
7737 Mission Gorge Rd
Santee, CA  92071-3306


Pure Water Technology of San Diego
Time Payment Corp.
PO Box 3069
Woburn, MA  01888-1969


Quality Lift
115 N Glover Ave
Chula Vista, CA  91910-1009


Red-D-Arc, Inc.
9082 Clairemont Mesa Blvd
San Diego, CA  92123-1208


Reliable Pipe Supply Co., Inc.
1430 National Ave
San Diego, CA  92113-1028


Reliance Metal Center
2100 Cleveland Ave
National City, CA  91950-6410

Republic Brass Sales, Inc.
6566 Federal Blvd
Lemon Grove, CA  91945-1311


Retail Capital Partners, LLC
c/o Global Legal Law Firm
5411 Avenida Encinas Ste 280
Carlsbad, CA  92008-4388


Rolling Hills Ranch II HOA
c/o Wasserman Kornheiser, et al.
7955 Raytheon Rd
San Diego, CA  92111-1606


Rolling Hills Ranch II HOA
c/o Walters Management
9665 Chesapeake Dr Ste 300
San Diego, CA  92123-1364


Ronald Cooley
1546 Crystal Pass
Allen, TX  75002-0974


Roy Remorin
c/o POPE, BERGER, et al.
401 B St Ste 2000
San Diego, CA  92101-4240

Roy Remorin
6396 Plaza Cuernavaca
San Diego, CA  92114-7088


S&S Portable Services, Inc.
United Site Services
PO Box 53267
Phoenix, AZ  85072-3267


Safe Boats International
8800 SW Barney White Rd
Bremerton, WA  98312-4921


Samuel Reyes
2752 Grove St
National City, CA  91950-7605


San Diego Hydraulics
1400 Cleveland Ave
National City, CA  91950-4209


San Diego Police Department
Permits & Licensing
PO Box 121431
San Diego, CA  92112-1431


SDG&E
PO Box 25111
Santa Ana, CA  92799-5111

Sears/CBN
PO Box 6283
Sioux Falls, SD  57117-6283


Shizue Teshima
1537 Hillstone Ave
Escondido, CA  92029-4331


Sioux Rubber & Urethane
2620 Hawkeye Dr
Sioux City, IA  51105-2053


SoCal Machine, Inc.
14310 Olde Hwy # 80
El Cajon, CA  92021


Son-Zee
337 W 35th St Ste H
National City, CA  91950-7918


South Bay Fence, Inc.
3084 Main St
Chula Vista, CA  91911-5704


South Coast Medical Clinic
408 W 8th St
National City, CA  91950-1002

Sparkletts Water
PO Box 660579
Dallas, TX  75266-0579


Spectrum Business
PO Box 60074
City of Industry, CA  91716-0074


Stoody Industrial & Welding Supply
3316 National Ave
San Diego, CA  92113-2639


Strategic Value Media
8700 Indian Creek Pkwy Ste 300
Overland Park, KS  66210-1512


Stuart Teshima
1537 Hillstone Ave
Escondido, CA  92029-4331


Sunterra Financial Services, Inc.
Attn: Bankruptcy
3865 W Cheyenne Ave
Las Vegas, NV  89135


TUFF
1918 Cleveland Ave
National City, CA  91950-5415

```
Uheaa/Utah Sbr
60 S 400 W
Salt Lake City, UT  84101-1284


United Site Services
PO Box 53267
Phoenix, AZ  85072-3267


Universal Printing Solutions, Inc.
10573 W Pico Blvd Ste 610
Los Angeles, CA  90064-2333


US Dept of Ed/Glelsi
PO Box 7860
Madison, WI  53707-7860


Valve Automation & Control
2390 Boswell Rd Ste 100
Chula Vista, CA  91914-3541


Verizon Wireless
PO Box 66018
Dallas, TX  75266


Vidmar
PO Box 371744
Pittsburgh, PA  15250-7744
```

Virginia Liburd
2929 Butterfly Way
Chula Vista, CA  91914-4322


W & O Supply, Inc.
7 W Baltimore Ave
Linden, NJ  07036-2040


West Air Gases & Equipment
PO Box 101420
Pasadena, CA  91189-0025


West Marine
1250 Rosecrans St
San Diego, CA  92106-2662


Western Hose & Gasket
325 W 30th St
National City, CA  91950-7205


Willy's Electronic
1636 D Ave
National City, CA  91950-4534


Wing Inflatables, Inc.
c/o JOSEPH & COHEN, P.C.
1855 Market St
San Francisco, CA  94103-1112

Yolanda Delavin
1617 Picket Fence Dr
Chula Vista, CA  91915-1851


YRC Freight
PO Box 100129
Pasadena, CA  91189-0003